IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PHILIP S. JACKSON,                              )
                                                )
                      Plaintiff,                )
                                                )
            v.                                  )
                                                )
AT&T WIRELESS SERVICES, INC.,                   )
CONAIR CORPORATION,                             )
NEXTEL COMMUNICATIONS, INC.,                    )
SPRINT CORPORATION,                             )
TDS TELECOM SERVICE CORPORATION,                )
UNITED STATES CELLULAR CORPORATION,             )
VERIZON WIRELESS SERVICES, LLC, and             )
VOICESTREAM WIRELESS CORPORATION                )
                                                )
                      Defendants.               )

**DOCKETED**

JUN 20 2002

02C 4411

JUDGE MORAN

MAGISTRATE JUDGE KEYS

## COMPLAINT

Plaintiff Philip S. Jackson ("Jackson"), complains of defendants, AT&T Wireless Services,

Inc. ("AT&T Wireless"), Conair Corporation ("Conair"), Nextel Communications, Inc. ("Nextel"),

Sprint Corporation ("Sprint"), TDS Telecom Service Corporation ("TDS Telecom"), United States

Cellular Corporation ("US Cellular"), Verizon Wireless Services, LLC ("Verizon"), and

VoiceStream Wireless Corporation ("VoiceStream") (collectively "Defendants") as follows:

## JURISDICTION AND VENUE

1.      Jurisdiction exists under 28 U.S.C. § 1338(a) because Defendants are charged with

patent infringement under 35 U.S.C. § 271.

2.      Defendants each have transacted business in this judicial district by using, selling or

offering to sell automated interactive telephone systems, voice messaging services or answering

devices that violate Mr. Jackson's patent.

3.      Venue is proper under 28 U.S.C. §§ 1391(d) and 1400(b).

## PARTIES

4.      Mr. Jackson is an individual residing in Park Ridge, Illinois. He owns all right, title and interest in and has standing to sue for infringement of United States Patent No. 4,596,900 entitled "Phone-Line-Linked, Tone-Operated Control Device" ("the '900 patent", Exhibit A). The '900 patent has been reexamined three times and issued Reexamination Certificates B1 and B2 (Exhibit B). Mr. Jackson has not manufactured or sold any devices under the '900 patent, and therefore, has not been required to place any statutory notices on any devices or systems.

5.      AT&T Wireless Services, Inc. ("AT&T Wireless") has its principal place of business at 7277 164th Avenue, NE Building 1, Redmond, Washington 98052. AT&T Wireless has sold, offered for sale, and offers for sale voice messaging services that infringe one or more claims of the '900 Patent. AT&T Wireless service plans include voice messaging as a standard feature or option. AT&T Wireless has infringed the patent in suit either directly or through acts of contributory infringement or inducement in violation of 35 U.S.C. § 271.

6.      Conair Corporation ("Conair") has its principal place of business at 1 Cummings Road, Stamford, Connecticut 06904. Conair has sold, offered for sale, and offers for sale products that infringe one or more claims of the '900 Patent. Conair's telephone answering devices and telephones with answering device capabilities utilize the technology of the '900 patent. Conair has infringed the patent in suit either directly or through acts of contributory infringement or inducement in violation of 35 U.S.C. § 271.

2

7.      Nextel Communications, Inc. ("Nextel") has its principal place of business at 2001 Edmund Halley Drive, Reston, Virginia 20191. Nextel has sold, offered for sale, and offers for sale voice messaging services that infringe one or more claims of the '900 Patent. Nextel service plans include voice messaging services as a standard feature or option. Nextel has infringed the patent in suit either directly or through acts of contributory infringement or inducement in violation of 35 U.S.C. § 271.

8.      Sprint Corporation ("Sprint") has its principal place of business at 6500 Sprint Parkway, Overland Park, Kansas 66251. Sprint, through its wholly-owned tracking group Sprint PCS, has sold, offered for sale, and offers for sale voice messaging services that infringe one or more claims of the '900 Patent. Sprint PCS service plans include voice messaging as a standard feature or option. Sprint has infringed the patent in suit either directly or through acts of contributory infringement or inducement in violation of 35 U.S.C. § 271.

9.      TDS Telecom Service Corporation ("TDS Telecom") has its principal place of business at 301 S. Westfield Road, Madison, Wisconsin 53705. TDS Telecom has sold, offered for sale, and offers for sale voice messaging services that infringe one or more claims of the '900 Patent. TDS Telecom service plans include voice messaging as a standard feature or option. TDS Telecom has infringed the patent in suit either directly or through acts of contributory infringement or inducement in violation of 35 U.S.C. § 271.

10.     United States Cellular Corporation ("US Cellular") has its principal place of business at 8410 W. Bryn Mawr Avenue, Suite 700, Chicago, Illinois 60631. US Cellular has sold, offered for sale, and offers for sale voice messaging services that infringe one or more claims of the '900 Patent. US Cellular service plans include voice messaging services as a standard feature or option.

US Cellular has infringed the patent in suit either directly or through acts of contributory infringement or inducement in violation of 35 U.S.C. § 271.

11.     Verizon Wireless Services, LLC ("Verizon") has its principal place of business at 180 Washington Valley Road, Bedminster, New Jersey 07921. Verizon has sold, offered for sale, and offers for sale voice messaging services that infringe one or more claims of the '900 Patent. Verizon service plans include voice messaging as a standard feature or option. Verizon has infringed the patent in suit either directly or through acts of contributory infringement or inducement in violation of 35 U.S.C. § 271.

12.     VoiceStream Wireless Corporation ("VoiceStream") has its principal place of business at 12920 SE 38th Street, Bellevue, Washington 98006. VoiceStream has sold, offered for sale, and offers for sale voice messaging services that infringe one or more claims of the '900 Patent. VoiceStream service plans include voice messaging services as a standard feature or option. VoiceStream has infringed the patent in suit either directly or through acts of contributory infringement or inducement in violation of 35 U.S.C. § 271.

## BACKGROUND FACTS

13.     The '900 Patent was issued by the United States Patent and Trademark Office ("PTO") to Mr. Jackson in 1986. Dr. Kazuo Hashimoto, widely known as the inventor of the basic telephone answering machine and inventor of over 1,000 patents worldwide, filed a Request for Reexamination of the '900 Patent to challenge its validity. The PTO then reexamined the '900 Patent and issued a Reexamination Certificate with only a few minor, clarifying amendments, confirming the validity of the 17 claims of the patent.

14.     Matsushita (Panasonic) then filed two more Requests for Reexamination. The PTO, after still further consideration of approximately 300 items of prior art, confirmed the validity of the '900 Patent and permitted Mr. Jackson to add 99 new claims. The PTO then issued another Reexamination Certificate, finding 116 claims patentable over all of the approximately 300 diverse items of prior art references.

15.     The Jackson '900 Patent has been widely recognized by numerous companies who have accepted licenses under the patent and have paid royalties to Mr. Jackson, including BellSouth, Brother, Comverse, Cobra, Matsushita (Panasonic), NEC, Samsung, Sanyo, Sony, Swatch, Thomson, Unical (Northwestern Bell), and Uniden.

16.     Mr. Jackson does not accuse products and/or services that are provided, in whole, by companies that have been licensed by Mr. Jackson under the '900 patent.

## PATENT INFRINGEMENT

17.     Each of the Defendants has infringed the patent in suit either directly or through acts of contributory infringement or inducement in violation of 35 U.S.C. § 271.

18.     Defendants' infringement, contributory infringement and/or inducement to infringe has injured Mr. Jackson and he, therefore, is entitled to recover damages adequate to compensate him for such infringement, but in no event less than a reasonable royalty.

19.     Defendants' infringement, contributory infringement and/or inducement to infringe has been willful and deliberate because each Defendant has been given notice of or knew of Mr. Jackson's patent and has nonetheless injured and will continue to injure Mr. Jackson, unless and until this Court enters an injunction prohibiting further infringement and, specifically, enjoining

further manufacture, use, sale and/or offer for sale of products or services that come within the scope of the '900 Patent.

## JURY DEMAND

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Mr. Jackson requests a trial by jury on all issues presented that can properly be tried to a jury.

WHEREFORE, plaintiff, Philip Jackson, asks this Court to enter judgment, individually and jointly against defendants AT&T Wireless, Conair, Nextel, Sprint, TDS Telecom, US Cellular, Verizon, VoiceStream, and against their subsidiaries, affiliates, agents, servants, employees and all persons in active concert or participation with them, granting the following relief:

    A.    An award of damages adequate to compensate Jackson for the infringement that has occurred, together with prejudgment interest from the date infringement of the '900 Patent began;

    B.    All other damages permitted by 35 U.S.C. § 284;

    C.    A finding that this case is exceptional and an award to Philip Jackson of attorneys' fees and costs as provided by 35 U.S.C. § 285;

    D.    A permanent injunction prohibiting further infringement, inducement and contributory infringement of the '900 Patent; and,

    E.    Such other and further relief as this Court or a jury may deem proper and just.

Raymond P. Niro
Dean D. Niro
Robert P. Greenspoon
NIRO, SCAVONE, HALLER AND NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois  60602
(312) 236-0733

Attorneys for Philip S. Jackson

# United States Patent [19]

## Jackson

| | |
|---|---|
| [11] | Patent Number: 4,596,900 |
| [45] | Date of Patent: Jun. 24, 1986 |

[54] **PHONE-LINE-LINKED, TONE-OPERATED CONTROL DEVICE**

[76] Inventor: Philip S. Jackson, 5305 N. Neenah, Chicago, Ill. 60656

[21] Appl. No.: 507,702

[22] Filed: Jun. 23, 1983

[51] Int. Cl.4 .......................................... H04M 11/00
[52] U.S. Cl. .............................. 179/2 A; 179/84 VF; 179/6.11; 179/5 R
[58] Field of Search .............. 179/2 A, 2 AM, 5 R, 179/5 P, 6.16, 6.11, 6.13, 6.07, 6.03, 84 VF

[56] References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,829,616 | 8/1974 | Blouch ........................ | 179/2 A |
| 3,902,016 | 8/1975 | Blouch ........................ | 179/2 A |
| 3,992,587 | 11/1976 | Puckett et al. ................ | 179/2 A X |
| 4,006,316 | 2/1977 | Bolgiano ..................... | 179/2 A |
| 4,121,053 | 10/1978 | Dick ......................... | 179/2 A |
| 4,491,690 | 1/1985 | Daley ........................ | 179/2 A |

*Primary Examiner*—James L. Dwyer
*Attorney, Agent, or Firm*—Trexler, Bushnell & Wolters, Ltd.

[57] **ABSTRACT**

A phone-line-linked, tone-operated control apparatus in accordance with the invention comprises a detecting circuit coupled to a telephone line for detecting at least one predetermined sequence of predetermined tone signals received on the telephone line and for producing a corresponding sequence detection signal. An additional control circuit is responsive to the sequence detection signal for producing a corresponding control signal. Preferably, a break-in prevention circuit prevents access to the control apparatus unless a predetermined access code is first given.

17 Claims, 6 Drawing Figures





*FIG. I*



*FIG. 2*



4,596,900

1

# PHONE-LINE-LINKED, TONE-OPERATED CONTROL DEVICE

## BACKGROUND OF THE INVENTION

The invention is directed generally to the control arts, and more particularly to a novel apparatus for producing control signals in response to the reception of predetermined tone signals over a telephone line.

In recent years, increasing attention has been given to the field of home electronics and the like. With the advent of modern telephonic communication, as well as the availability of home computers and the like, a number of applications of such systems to home or personal use have been developed. For example, it has been suggested that home computers be utilized to control, through suitable interface devices, various devices in the home such as heating and air conditioning systems, lighting, appliances, and the like.

However, home computers and the necessary interface devices for performing such automatic control functions are still relatively expensive. Moreover, most such computers and other devices require some degree of skill or expertise in their installation and operation. Accordingly, the average consumer may not readily be able to utilize such computer control applications because of either financial considerations or lack of requisite knowledge and skills.

Advantageously, the present invention proposes a phone-line-linked, tone-operated control device for producing suitable control signals for use in home automatic or remote control applications. Moreover, the apparatus of the invention operates automatically in response to tone signals of the type produced by ordinary Touch-Tone telephones over conventional telephone lines. More specifically, any device producing tones commonly known as DTMF tones, such as Touch-Tone telephones, can be utilized to operate the apparatus of the invention. Accordingly, the consumer need only understand the operation of a conventional Touch-Tone telephone to utilize the present invention. That is, no special transmitting unit or device is required, whether permanently installed or a portable unit to be carried by the user. Rather, the invention may be operated from any available telephone transmitter.

Additionally, a preferred form of the invention contemplates prevention of unauthorized access or usage of the foregoing control system. To this end, a preferred form of the invention also provides a novel break-in prevention feature, which requires the entry of a selectible code over a Touch-Tone telephone line, to permit access to the remote control features of the invention. Again, however, no special transmitting unit or other device is required, the necessary code being in the form from the tones provided by any conventional, available Touch-Tone type telephone receiver.

## OBJECTS AND SUMMARY OF THE INVENTION

Accordingly, it is a general object of the invention to provide a novel and improved remote control device which requires no special training or expertise to utilize.

A more specific object is to provide a phone-line-linked control device for performing a control function in response to conventional tone signals transmitted over a conventional telephone line.

A related object is to provide apparatus in accordance with the foregoing objects which is relatively simple and inexpensive and yet highly reliable in operation.

Briefly, and in accordance with the foregoing objects, a phone-line-linked, tone-operated control apparatus in accordance with the invention comprises detecting means coupled to a telephone line for detecting at least one predetermined sequence of predetermined tone signals received on said telephone line and for producing a corresponding sequence detection signal; and control means responsive to said sequence detection signal for producing a corresponding control signal.

In accordance with a preferred form of the invention an access limiting apparatus is also coupled with the control apparatus and prevents operation thereof until an access code comprising a predetermined sequence of predetermined tone signals is first received.

## BRIEF DESCRIPTION OF THE DRAWINGS

The features of the present invention which are believed to be novel are set forth with particularity in the appended claims. The organization and manner of operation of the invention, together with further objects and advantages thereof, may best be understood by reference to the following description taken in connection with the accompanying drawings in the several figures of which like reference numerals identify like elements, and in which:

FIG. 1 is a block diagram of a control system utilizing apparatus in accordance with the invention;

FIG. 2 is a schematic circuit diagram illustrating further details of the apparatus of the invention;

FIG. 3 is a schematic circuit diagram illustrating one portion of a novel break-in prevention circuit in accordance with a preferred form of the invention;

FIG. 4 is a schematic circuit diagram of a further portion of the break-in prevention circuit of FIG. 3;

FIG. 5 is a schematic circuit diagram of a still further portion of the break-in prevention circuit of FIGS. 3 and 4; and

FIG. 6 is a schematic circuit diagram of one form of feedback circuitry in accordance with a preferred form of the invention.

## DETAILED DESCRIPTION OF THE ILLUSTRATED EMBODIMENT

Referring now to the drawings and initially to FIG. 1, apparatus in accordance with the invention is illustrated in the form of a control system, designated generally by the reference numeral 10. The control system 10 is linked to conventional telephone lines 12 by means of a suitable, conventional isolation apparatus 14, generally in parallel circuit with a conventional telephone receiver 16.

A dual-tone, multiple-frequency (DTMF) decoder 20 and a suitable automatic answering circuit 22 are generally coupled in parallel circuit with the telephone receiver 16. Briefly, the DTMF decoder 20 produces standard logic-level signals in response to the dual-tone frequencies generated by conventional push-button or "Touch-Tone" telephone apparatus. Additionally, the DTMF decoder 20 produces analog signals in response to the conventional tip/ring voltages, scaled down for use in the other circuitry, as will be described presently.

An additional decoding and control logic circuit 24 receives the signals from the DTMF decoder 20. In accordance with a feature of the invention, this decod-

4,596,900

decoder 20 at its output 46. Different logic contents corresponding to different code sequences may be selected without departing from the invention, by the simple expedient of selecting different ones of the outputs 46a as inputs to gates 48, 50 and 52.

In the illustrated embodiment, in order to detect the desired sequence of these encoded logic signals (#, 1 to turn the instrument off and *, 1 to turn the instrument on) the outputs of AND gates 48 and 52 are coupled with respective flip-flops 56 and 58. The output of AND gate 50 is coupled with one input of each of a pair of three-input AND gates 60 and 62.

In the illustrated embodiment, the flip-flops 56 and 58 comprise D-type flip-flops of the type generally designated 4013, and the outputs of respective AND gates 48 and 52 feed the respective data or D inputs thereof. The clock (C) inputs of the flip-flops 56 and 58 are coupled to receive the above-mentioned DV signal from the output 44 of the decoder 20. Preferably, a two-input AND gate 55 is interposed between the DV output and these clock inputs. This gate responds to a further signal "4T" from the break-in prevention circuit, to be described later, for delivering only those DV signals occurring after the fourth incoming tone and corresponding DV signal. The output of the gate is hence designated "4DV".

It will be remembered that a high or logic one signal is produced at DV output 44 upon encoding of a valid tone at the outputs 46 of decoder 20. In operation, the DV output signal is delayed slightly from the production of the encoded signal at outputs 46.

The respective set (S) and reset (R) inputs of the flip-flops 56 and 58 are coupled with circuit ground. The Q outputs of respective flip-flops 56 and 58 are coupled with respective inputs of the AND gates 60 and 62. Accordingly, the flip-flops 56 and 58 will be clocked by the 4DV signal upon each encoding of an incoming tone signal (after the fourth), thereby in effect transferring the logic state of the D inputs thereof to the Q output thereof. When the AND gate 48 produces a logic one in response to detection of the encoded # signal on lines 46, a logic one will be clocked to the 0 output of flip-flop 56. In the same fashion, the gate 52 will produce a logic one output to the data input of the flip-flop 58 when it detects the encoded * signal on the lines 46. This logic one will be clocked through to the Q output of the flip-flop 58 in response to the corresponding 4DV output positive transition. The Q outputs of flip-flops 56 and 58 are therefore also designated by "#" and "*" and are respectively coupled to second inputs of respective AND gates 60 and 62.

The AND gates 60 and 62 feed respective inputs of a two-input OR gate 64 which feeds the clock input of a further flip-flop 66. In the illustrated embodiment, the flip-flop 66 comprises one-half of a dual JK-type flip-flop of the type generally designated 4027. The Q and Q outputs of the flip-flop 66 are selected as the instrument "on" and instrument "off" control signal outputs, respectively. Moreover, the Q or "on" output feeds the remaining input of AND gate 60 while the Q or "off" output feeds the remaining input of the AND gate 62. The J and K inputs of flip-flop 66 are tied to a suitable positive potential, while the set and reset inputs thereof are tied to circuit ground.

In operation, the respective flip-flops 56 and 58 and associated gates 60 and 62 act as sequence detectors such that the gate 50 will produce a logic one or high output signal only in response to logic one or high sig-

nals at all three of its inputs simultaneously. The OR gate 64 will toggle the flip-flop 66 in response to a logic one signal at either input thereof. It will be remembered that a logic one is produced by the AND gate 50 upon detection of the encoded 1 signal on the output 46. However, the encoded # signal must immediately precede the encoded 1 signal in order to hold the Q output of flip-flop 56 at logic one as previously described. Due to the slight delay in the action of the DV output 44 of decoder 20, this logic one at the Q output of flip-flop 56 will momentarily co-exist with the logic one at the output of AND gate 50. In effect, then, gates 48 and 50, flip-flop 56 and gate 60 respond to or detect the encoded sequence #, 1 and produce a corresponding detection signal. Gate 64 and flip flop 66 respond by producing a corresponding "off" control signal.

In the illustrated embodiment an additional control from the Q output of flip-flop 66 assures that repetition of the #, 1 ("off") sequence will not result in turning the instrument on. This is done by requiring a logic one state from the instrument "on" or Q output flip-flop 66 as the third input to AND gate 60.

From the foregoing it will be recognized that operation with respect to the instrument "on" sequence (*, 1) at AND gates 50 and 52, flip-flop 58 and AND gate 62 is substantially identical. In this regard, gates 50 and 52, flip-flop 58 and gate 62 detect the sequence *, 1 and produce a responsive detection signal. Gate 64 and flip flop 66 respond to this detection signal by producing a corresponding "instrument on" control signal. Additionally, a feedback signal from the Q or instrument off output of flip-flop 66 to gate 62 prevents production of the "on" signals unless the instrument is in the "off" state. Hence, repetition of the sequence *, 1 will not turn the instrument "off", if it is already in the "on" state.

It will be recognized from the foregoing that additional instruments or apparatus may be similarly provided with "on" and "off" control signals in response to additional, different selected sequences from the DTMF 20. For example, since the # and * decoded outputs are already available as the first in a two-signal sequence at the Q outputs of flip-flops 56 and 58, these may be utilized with other decoded digit tone signals to control further instruments or devices. That is, further gates such as AND gate 50 may be used to detect or decode binary signals corresponding to other digits. Additionally, similar gates such as the gate 60 may then be connected to receive the # and * outputs as well as the further decoded digit outputs so as to drive further flip-flops such as the flip-flop 66 in exactly the same fashion as described above so as to provide on and off control signals for additional instruments. For example, *, 2 and #, 2 might be used to control a second instrument and so forth by the simple expedient of a repetition of only a small part of the circuitry of FIG. 2. Other codes may of course be utilized by duplicating more of the decoding and control logic circuit 24 of FIG. 2, if entirely different on and off codes are desired.

Referring now to the answering circuitry 22, an integrated circuit counter component 70 is utilized to count the rings received on the phone line 12. In the illustrated embodiment, this counter comprises an integrated circuit component of the type generally designated 4017. The rings are detected by the decoder 20 and the count input (C) of the counter 70 is fed from the MON output 42 by way of a pair of inverter buffers 72, 74 and an RC filter comprising resistor 76 and capacitor 78.

4,596,900

3

ing and control logic circuit 24 is responsive to predetermined sequences of signals from the DTMF decoder 20 for producing corresponding control output signals. Generally speaking, the DTMF decoder 20 and a decoding portion of the circuit 24 together comprise a sequence detection circuit responsive to a preselected sequence of tone signals received on the phone lines 12 for producing a corresponding sequence detection signal. A control portion of the circuit 24 is further responsive to this sequence detection signal for producing a corresponding control output signal for an instrument controller 26. This instrument controller 26 in turn controls the operation of one or more instruments 28.

Briefly, such control may comprise turning on and off various devices, making adjustments in their operation, checking their status, and the like. Suitable feedback from the controlled instrument or instruments may be provided by way of a suitable feedback interface circuitry 30 to the answering circuitry 22, which responsively outputs a suitable signal to the telephone lines 12 to indicate the status of the controlled telephone or instruments 28.

Advantageously, then, the control system 10 of the invention is useful in parallel with the conventional telephone receiver 16. That is, the system 10 does not interfere with normal use of the receiver 16. Moreover, the system 10 may be utilized to control one or more devices 28 in the manner just described while a normal conversation is in progress over the receiver 16.

In this regard, the decoding and control logic 24 may also be coupled with the answering circuitry 22 to synchronize its operation therewith. Furthermore, circuit 24 may be arranged to cause the answering circuitry 22 to disconnect the system of FIG. 1 from the phone line 12, if an improper sequence of tones is received, as may occur for example in an attempt to gain unauthorized access or "break-in" to the system of FIG. 1.

The answering circuitry 22 may be adjusted to couple the system with the phone lines 12 at the first detection of a ring or after a desired number of ring tones received on the line 12.

Referring now to FIG. 2, a schematic circuit diagram illustrates various features of the system of FIG. 1 in greater detail. The DTMF decoder 20 comprises an integrated circuit component of the type generally designated ITT3210 DTMF receiver, and is provided with a 3.58 MHz crystal 40. Suitable DC power for the DTMF decoder 20, as well as for the other circuits of FIG. 2 may be provided by suitable DC batteries (not shown) or by any other suitable DC voltage supply.

In operation, the DTMF decoder 20 receives conventional telephonic signals over phone lines 12, which comprise conventional tip and ring lines 12a and 12b respectively. A line monitoring output (MON) 42 provides a signal which is usable as a CMOS logic 1 or high level when a ring is detected on the phone lines 12 and a logic 0 or low level when no ring is in progress. An additional DV output 44 signals detection of a valid DTMF tone of the type produced by a conventional push-button or "Touch Tone" telephone.

Accordingly, access to the system from a remote location may be achieved by use of a conventional DTMF telephone transmitter over conventional telephone lines. The system of the invention therefore operates essentially as an independent telephone receiver, whereby it may be wired independently to phone lines 12 or in parallel with a standard receiver 16 as shown in FIG. 1, as desired. As previously mentioned, when

4

connected in parallel with the standard receiver 16, the system of the invention does not interfere with normal operation thereof. That is, the tone signals to which the circuitry of the invention responds may be received independently of operation of the receiver 16, or even at the same time as a normal conversation is in progress, allowing "break-in prevention" and operation of instruments under control by use of the tone signals, but otherwise permitting use as a conventional telephone without any interference therebetween.

The DV signal comprises standard CMOS logic levels, and transmits a logic 1 or high level each time a valid push-button tone is decoded by decoder 20 and a logic 0 or low level at other times. The remaining outputs of the DTMF decoder 20 encode possible push-button tone signals representing digits 0 through 9, as well as * and # into a 4-bit binary encoded form on a 4-bit output 46. Although not presently in common use, push-button or Touch Tone telephones are capable of producing four additional dual-tone signals, which the DTMF decoder 20 is also capable of encoding into 4-bit digital form.

In the illustrated embodiment, two sequences of these encoded signals have been selected for producing respective "on" and "off" control signals. The decoding and control logic 24 includes circuitry responsive to the sequence of the tone signals encoded into binary form on the outputs 46 of the decoder 20 for producing these "on" and "off" control output signals. These control signals are then fed to the instrument control circuitry 26 of FIG. 1. In the illustrated embodiment, the sequence #, 1 is detected to turn the instrument off, and the sequence *, 1 is detected to turn the instrument on. In this regard, the decoder 20 encodes "#" as 1, 1, 0, 0 (in descending order, from the most significant or 8's place to the least significant or 1's place). Similarly, "*" is encoded as 1, 0, 1, 1; while "1" is encoded as 0, 0, 0, 1.

In order to provide both the logic signals from the lines 46 as well as the inverted logic content thereof, each of the lines 46 is further provided with an inverter buffer 47. In this regard, the respective binary logic contents of the outputs 46 and their inverted forms are indicated respectively D1 and D̄1, D2 and D̄2, etc. These resulting logic outputs are indicated generally by the reference numeral 46a. It will be recognized that the non-inverted outputs 46a carry a logic "1" when the corresponding output of the DTMF 20 is activated, whereas the inverted outputs 46a will carry a logic content of "0" when the corresponding output 46 of the DTMF 20 is in an active condition.

Accordingly, the decoding and control logic 24 includes three detectors in the form of logic gates 48, 50 and 52 which are coupled to suitable ones of the output lines 46a for responding to the respective binary signals corresponding to tones representing #, * and 1, respectively. In this regard, the gate 48 comprises a two-input AND gate and has its inputs coupled respectively to respond to the logic content 1, 1, 0, 0 at output 46 of decoder 20.

Similarly, the logic gate 52 comprises a three-input AND gate and is coupled to respond to the logic content 1, 0, 1, 1 at output 46 of decoder 20. Finally, the AND gate 50 comprises a four-input AND gate coupled to detect the encoded 1 signal, which corresponds to a logic content of 0, 0, 0, 1 at output 46 of decoder 20. Accordingly, the respective gates 48, 50 and 52 detect signals of predetermined logic content produced by the

4,596,900

7

The first inverter buffer 72 also feeds one input of a two-input AND gate 80, the output of which is coupled to activate the reset (R) input of the counter 70. The remaining input of AND gate 80 is coupled to a selected output of the counter 70 by way of a suitable RC time delay circuit comprising resistor 82 and capacitor 84. In the illustrated embodiment, an additional two-input OR gate 85 is interposed between the AND gate 80 and the R input of counter 70. This OR gate 85 functions to reset the counter in response to either of the AND gate 80 or a "BAD" logic signal produced by the break-in prevention circuit to be described later. As will be seen presently, resetting the counter 70 causes the answering circuitry 22 to "hang up".

The RC filter circuit (76, 78) filters the ring impulses in a ring burst to clock the counter 70 one count for each ring burst. The output of the counter 70 is switch selectable by switch 86 to choose from one to ten rings before enabling a series-connected buffer 88. This buffer 88 in turn activates a relay 90 which in effect "answers" the telephone by coupling a conventional 580 ohm termination resistor across the line. Any additional feedback signals, for example, from the circuit 30 of FIG. 1 are also applied to this phone connection relay 90.

In accordance with a preferred form of the invention is an additional exclusive OR gate 95 is interposed between the ring number selector switch 86 and the buffer 88. This exclusive OR gate 95 receives a second input, labeled ANSR, from the feedback circuitry 30, as will be described in detail later. Briefly, the ANSR signal produced by this feedback circuitry momentarily disables gate 95, causing momentary disconnection of the phone line by relay 90. This momentary disconnection results in an audible "click" being sent over phone line 12 to verify operation of an instrument under control as will be more fully described later.

In operation, the MON output 42 will be remembered to produce a logic one or high level during each ring. This high level by way of the two inverter buffers 72, 74 and filter clocks the counter 70. The corresponding logic 0 or low level intermediate rings is then available by way of inverter buffer 72 for resetting the counter 70. Reset only occurs, however, when the determined count has been reached, and after the time delay (RC 82, 84).

The MON output 42 remains in the logic 1 or high level as long as the transmitting or remotely located telephone is on the line. When this transmitter goes off the line or "hangs up", the MON output 42 goes to a logic 0 or low state, thereby also enabling the reset of the counter 70 by way of the AND gate 80. The relay 90 is then de-activated and "hangs up" on its end of the line. Accordingly, if the calling party "hangs up", the foregoing circuits also "hang up" at their end of the line. This then permits the system 10 as well as the receiver 16 to be again reached in conventional fashion over the telephone lines 12.

In accordance with a preferred form of the invention, as previously mentioned an unauthorized access or "break-in" prevention circuit or system is also provided to cooperate with the circuit of FIG. 2, as previously generally indicated. Reference is now invited to FIGS. 3, 4 and 5 wherein the circuit portions making up this break in prevention circuit or system are illustrated in schematic form.

Briefly, this break-in prevention system permits only someone entering the correct sequence of touch-tone signals to use the control system of FIG. 2 for control-

8

ling one or more instruments or devices. Moreover, any attempt to gain entry to the system without first entering in the proper access code will cause the answering circuitry 22 of FIG. 2 to "hang up". This prevents repeated break-in attempts with one phone call.

Additionally, to prevent repeated attempts at access by the use of successive different codes, a second, different entry access code is placed into operation automatically by the circuits to be described presently, following a preselected number of break-in attempts. As will be seen, the circuits may be readily modified and/or expanded to include additional alternate access or entry codes and to automatically switch to or activate more than two possible entry codes if desired. Accordingly, the following description illustrates one specific embodiment of such a break-in prevention circuit or system, it being understood that changes and modifications may be made without departing from the invention.

Referring initially to FIG. 3, a first access sequence detector is here illustrated in connection with an access sequence comprising touch-tone signals corresponding to 7, 6, 5, x, where x can be any signal at all ("don't care" or dummy signal). These signals are received by respective four-input AND gates 100, 102 and 104 from the encoded outputs 46 of the DTMF 20, by selecting the indicated ones of output lines 46a. Additionally, the first AND gate 100 receives an enable signal (EN1) by way of a further two-input AND gate 105 which is further coupled to receive a selected one (D8) of the signals from lines 46a. This enable signal is normally a logic 1 when the access sequence detector circuit of FIG. 3 is in operation.

The access sequence or entry code is detected much in the same way as the sequence for the instrument control as described above with reference to FIG. 2. In this regard, the first AND gate 100 feeds the data (D) input of a first flip-flop (F-F) 106. At the same time, the DV line from the DTMF 20 is coupled to the clock (C) input of the flip-flop 106. Accordingly, if a "7" is decoded, a logic 1 is clocked from the D input to the Q output of flip-flop 106. This Q output feeds one input of a two-input AND gate 108 whose other input receives the output of the "6" detection AND gate 102 and whose output feeds the data (D) input of a second, similar flip-flop 110. The clock (C) input of flip-flop 110 is coupled to the output of a further two-input AND gate 112 for response to the DV signal only when a "7" is decoded at the first flip-flop 106, resulting in a logic 1 at the Q output thereof. Accordingly, when a 6 is detected or decoded consecutively following a 7, the second flip-flop will clock a logic 1 from its D input to its Q output.

A third similar flip-flop 114 is then coupled by way of similar AND gates 116 and 118 to respond to an encoded "5" consecutively following an encoded "6" in the same fashion. The Q output of this further flip-flop 114 feeds one input of a two-input OR gate 120, the second input of which receives a similar output signal (2 OK) from the alternate access sequence detector of FIG. 5, to be described presently. A further similar flip-flop 122 has its data (D) input coupled for response to the OR gate 120. The output of OR gate 120 also provides a reset (R) signal.

The Q output of flip flop 122 is here designated as the "GOOD" signal, while the Q̄ is designated as the "BAD" signal, these two signals indicating whether or not the correct access code sequence has been received. In this regard, the clock (C) input of flip-flop 122 is

9

coupled for response to a tone counter 124. In the illustrated embodiment, the flip-flops 106, 110, 114 and 122 preferably comprise integrated circuit components of the type generally designated 4013 dual-D flip-flop, while the counter 124 comprises a decode counter of the type generally designated 4017.

The tone counter 124 is coupled to count the DV signals, and has its "number 4" output coupled to clock the flip-flop 122. Hence, the flip-flop 122 clocks through the data at its D input on the fourth-received DV signal, corresponding to the fourth-received tone signal. Hence, if the correct sequence has been entered, a logic 1 is clocked through to the Q output resulting in a "GOOD" output signal. However, if the correct sequence has not been entered, the logic 1 is clocked to the Q̄ output resulting in a "BAD" output signal. The output of the counter 124 is also designated "4T" and is fed to the gate 55 of FIG. 2 as previously mentioned.

In this regard, it will be remembered that the fourth tone in the sequence may be any tone in the present example. However, it will be appreciated that any number of signals in any given sequence may be utilized, including any number of desired "don't care" or dummy signals at any point in the sequence, without departing from the invention.

The counter 124 is coupled to disable itself upon reaching the fourth count, so as to maintain the 4T signal at that point. This is done by way of an inverter 125 which is coupled back to one input of a two-input AND gate 126 the other input of which receives the DV signal for input to the count (C) input of the counter 124.

The reset signal R is also fed to the reset input (R) of each of the flip-flops 106, 110 and 114 and to the set (S) input of the flip-flop 122. In this regard, the flip-flop 122 is normally held in the set state, that is, with a logic 1 signal at the Q output, thus comprising the "GOOD" signal. Thus, the clocking of the positive 1 upon completion of the correct entry code merely has the effect of leaving the "GOOD" signal unchanged, whereas any incorrect attempt at entering the access code clocks the flip-flop 122 to produce the logic 1 or "BAD" at the Q̄ output.

Each time a "BAD" signal is produced by flip-flop 122 it is utilized to clock or count a further break-in counter 128 illustrated in FIG. 4 to which attention is next invited. This break-in counter 128 is also preferably a decode counter of the type generally designated 4017. Any of the outputs of the counter 128 may be selected to correspond to the number of "BAD" attempts at which the access sequence detector of FIG. 3 will be disabled and an alternate access sequence detector shown in FIG. 5 will be enabled.

Accordingly, a selected output of the decode counter, here chosen as the "number four" output thereof (4) is tied to an enable line (EN2) for enabling the alternate access sequence detector of FIG. 5. At the same time an inverter buffer 130 changes the first enable line EN1 to a logic 0. This logic 0 is also fed back to the count or clock input of the break-in counter 128 by way of a suitable AND gate 132 in the same fashion as described above for the counter 124. This then holds the alternate access sequence detector in the enabled state. If, however, the correct entry or access sequence is detected by the first sequence detector of FIG. 3 previous to four "BAD" attempts, the reset line R resets the break-in counter 128 as indicated at the reset (R) input thereof.

10

In accordance with a preferred feature of the invention a suitable indicator such as an LED 134 may also be coupled by way of a suitable current limiting resistor 136 to be energized by the selected count output of the counter 128. This provides a visual indication of a number of break-in attempts and resulting selection of the alternate access sequence detector of FIG. 5.

Referring now to FIG. 5, the alternate access sequence detector is similar to the access sequence detector circuit of FIG. 3. However, the alternate access code or sequence is here chosen as 4, 5, 6, 7. In this regard, first, second and third flip-flops 140, 142 and 144 receive selected encoded signals from the DTMF 20 of FIG. 1 by way of suitable AND gates 146, 148 and 150. These gates are wired in the same fashion as described with respect to the circuit of FIG. 3 to appropriate ones of the outputs or lines 46a of FIG. 2. Additionally, the first gate 146 is wired to receive one input from a two-input AND gate 152, the other input of which receives the enable line EN2 from the break-in counter circuit of FIG. 4. Accordingly, the circuit of FIG. 5 is enabled or activated upon the production of the logic 1 signal at the EN2 output of FIG. 4 as just described.

In other respects, the first three selected members of the code sequence operate the first three flip-flops 140, 142 and 144 in the same fashion described above with reference to FIG. 3. In this regard, the DV signal feeds the clock input of the first flip-flop 140 and is ANDed at gate 151 with the Q output thereof to feed the clock input (C) of the second flip-flop 142. A similar AND gate 153 receives the DV line and Q output of flip-flop 142 and feeds the clock input (C) of the third flip-flop 144. The Q output of the last flip-flop 144 feeds the 20K line by way of a further pair of AND gates 154, 156 which incorporate a fourth digit or member of the code sequence for the sequence detector of FIG. 5.

Accordingly, the alternate sequence detector of FIG. 5 requires four predetermined encoded sequence members in the proper order to give the 20K signal. It will be remembered that this 20K signal alternatively activates the OR gate 120 which enables the continued production of the "GOOD" signal from the flip-flop 122 of FIG. 3. In the same fashion as the access sequence detector of FIG. 3, if the proper code is not entered in the proper sequence, a logic 0 will be produced at the 20K output, permitting the flip-flop 122 to be clocked simultaneously with decoding of the fourth-received tone to give the "BAD" signal.

Referring briefly to FIG. 6 one example of a suitable feedback circuit 30 for verifying operation of the control circuit of FIG. 2 is illustrated. In this regard, it will be remembered that the control system of FIG. 2, once accessed or enabled by the novel break-in prevention circuitry just described permits control of one or more devices or instruments in response to signals received over the telephone line 12 from any conventional push-button-type telephone receiver. Accordingly, the circuit of FIG. 6 is arranged to produce an audible "click" on the line 12 to this "sending" receiver. The instrument or device being controlled is indicated generally by the reference numeral 160.

In the illustrated embodiment, this instrument 160 is of the type which may be activated or turned "on" by the completion of a circuit thereto from a conventional AC line or household current indicated generally at 162, 164. Accordingly, the line 164 feeds a movable contact 166 of a relay 168. A normally open fixed contact 170 of this relay 166 is in turn coupled with the

4,596,900

11

instrument 160, while the other side of the AC line 162 is coupled directly thereto. A suitable relay coil 172 is arranged for pulling the movable contactor 166 into engagement with the fixed contact 170 upon energization thereof, thus completing the circuit for turning the instrument 160 "on". Referring briefly to FIG. 2, the "1 on" output may be coupled directly to one side of the coil 172 for this purpose, the other side thereof being coupled with circuit ground.

In order to provide an audible click over the telephone line, the AC line 162 further feeds one side of an opto-coupler or opto-isolator 174 whose other side is also coupled with the fixed contact 170. Hence, the opto-coupler will be activated upon activation of the relay 168 for completing the circuit to the instrument 160. A resultant output signal from the opto-coupler 174 feeds a suitable Schmitt trigger 176 by way of a suitable RC filter 178, 180. The output of the Schmitt trigger is designated ACON and is coupled to the positive trigger input of a monostable multivibrator circuit 182 (MMV). The MMV is preferably of the type generally designated 4098.

The Q output of the MMV 182 provides the ANSR signal, which it will be remembered feeds one input of the exclusive-OR gate 95 of FIG. 2. It will further be remembered that such activation of the exclusive-OR gate 95 gives a suitable signal by way of buffer 88 for connecting and disconnecting the telephone line 12 by way of the relay 90. However, the MMV 182 is provided with a suitably short time constant, such that the ACON signal constitutes a brief pulse, only sufficient to momentarily deactivate and then reactivate the relay 90 of FIG. 2. Hence, an audible "click" is produced over the telephone line 12 upon completion of the AC connection to the controlled instrument 160.

While particular embodiments of the invention have been shown and described in detail, it will be obvious to those skilled in the art that changes and modifications of the present invention, in its various aspects, may be made without departing from the invention in its broader aspects, some of which changes and modifications being matters of routine engineering or design, and others being apparent only after study. As such, the scope of the invention should not be limited by the particular embodiment and specific construction described herein but should be defined by the appended claims and equivalents thereof. Accordingly, the aim in the appended claims is to cover all such changes and modifications as fall within the true spirit and scope of the invention.

I claim:

1. A phone-line-linked, tone-operated control apparatus comprising: detecting means coupled to receive tone signals from said phone line, for detecting at least one predetermined sequence of predetermined tone signals and for producing a corresponding sequence detection signal; control means responsive to said sequence detection signal for producing a corresponding control signal; wherein said detecting means comprises first detecting means for producing a first detection signal in response to a first predetermined sequence of predetermined tone signals and a second detection signal in response to a second predetermined sequence of predetermined tone signals; wherein said control means is responsive to said first detection signal for producing a corresponding first control signal and responsive to said second detection signal for producing a corresponding second control signal; wherein said control means com-

12

prises dual state means capable of producing one of said first control signal and said second control signal at a time; and wherein said first and said second detecting means further include gating means coupled in circuit for disabling production of said first and said second detection signals respectively in response to said second control signal and said first control signal, respectively.

2. A control apparatus in accordance with claim 1 wherein said detecting means comprises tone decoding means responsive to said tone signals for producing digitally encoded signals corresponding in a predetermined fashion to said tone signals; and digital decoding means responsive to predetermined ones of said digitally encoded signals occurring in a predetermined sequence for producing said corresponding sequence detection signal.

3. A phone-line-linked, tone-operated control apparatus comprising: detecting means coupled to receive tone signals from said phone line, for detecting at least one predetermined sequence of predetermined tone signals and for producing a corresponding sequence detection signal; and control means responsive to said sequence detection signal for producing a corresponding control signal; wherein said detecting means comprises tone decoding means for converting each of said tone signals into a multiple-bit digital signal, logic gate means coupled to receive said multiple-bit digital signals and responsive to multiple-bit digital signals of predetermined logic content for producing gated output signals, and sequence detecting means coupled to said logic gate means for producing said sequence detection signal in response to production of said gated output signals in a predetermined sequence; and wherein said control means comprises flip-flop means capable of producing first state and second state output signals and responsive to each sequence detection signal for changing the state of its output signal, said output signals comprising said control signal.

4. A control apparatus in accordance with claim 3 wherein said detecting means includes means for detecting at least two predetermined sequences of predetermined tone signals and producing corresponding sequence detection signals; wherein said control means is responsive to each sequence detection signal for changing state; and further including gating means coupled with said control means and with said sequence detecting means for preventing reception of a sequence detection signal at said control means in response to a corresponding control signal, thereby preventing said control means from changing state in response to consecutive repetition of the same sequence detection signal.

5. A phone-line-linked, tone-operated control apparatus comprising: detecting means coupled to receive tone signals from said phone line, for detecting at least one predetermined sequence of predetermined tone signals and for producing a corresponding sequence detection signal; control means responsive to said sequence detection signal for producing a corresponding control signal; access limiting circuit means coupled with said detecting means for preventing production of said sequence detection signal until an access sequence comprising a further predetermined sequence of predetermined tone signals is first received on said phone line; wherein said access limiting means includes gate means coupled with said detecting means for normally preventing response thereof to said tone signals, and counter means coupled to said gate means and respon-

4,596,900

3

14

sive to said tone signals for causing said gate means to enable operation of said detecting means following a predetermined number of tone signals received thereby.

6. A control apparatus in accordance with claim 5 wherein said access limiting means further includes access sequence detecting means responsive to a predetermined number of tone signals consecutively received on said phone line other than said access sequence of producing a disabling signal; and disabling means coupled to said detecting means for preventing production of said sequence detection signal in response to said disabling signal.

7. A phone-line-linked, tone-operated control apparatus comprising: detecting means coupled to receive tone signals from said phone line, for detecting at least one predetermined sequence of predetermined tone signals and for producing a corresponding sequence detection signal; control means responsive to said sequence detection signal for producing a corresponding control signal; and access limiting circuit means coupled with said detecting means for preventing production of said sequence detection signal until an access sequence comprising a further predetermined sequence of predetermined tone signals is first received on said phone line; wherein said access limiting means further comprises a first access sequence detector responsive only to said access sequence, a second access sequence detector responsive only to a second access sequence comprising a different predetermined sequence of predetermined tone signals, and enabling circuit means for normally enabling said first access sequence detector and disabling said second access sequence detector and responsive to a predetermined number of sequences of tone signals not corresponding to said further predetermined sequence for disabling said first access sequence detector and enabling said second access sequence detector.

8. A control apparatus according to claim 6 and further including gate means coupled to said answering means and responsive to said disabling signal for causing said answering means to disconnect said detecting means from said phone line.

9. A control apparatus in accordance with claim 5 and further including access sequence detecting means for producing a disabling signal in response to a predetermined number of tone signals not comprising said access sequence and gate means for disconnecting said detecting means from said phone line in response to said disabling signal.

10. A phone-line-linked, tone-operated control apparatus comprising: detecting means coupled to receive tone signals from said phone line, for detecting at least one predetermined sequence of predetermined tone signals and for producing a corresponding sequence detection signal; control means responsive to said sequence detection signal for producing a corresponding control signal; switching means responsive to said control signal for activating a given instrument under control; and feedback means coupled to said switching means for producing a verifying signal in response to operation of said switching means for activating said instrument under control; wherein said feedback means includes gate means coupled with said answering circuit means and responsive to said verifying signal for momentarily decoupling said detecting circuit means from said phone line and thereby producing an audible signal.

11. An access limiting apparatus for use with a phone-line-linked, tone-operated control apparatus and comprising: access sequence detecting means coupled to receive tone signals from said phone line, and responsive to a predetermined number of tone signals received on said phone line other than an access sequence comprising a predetermined sequence of predetermined tone signals for producing a disabling signal; disabling means coupled to said control apparatus for preventing operation thereof in response to said disabling signal; wherein said access limiting means further comprises a first access sequence detector responsive only to said access sequence, a second access sequence detector responsive only to a second access sequence comprising a different predetermined sequence of predetermined tone signals, and enabling circuit means for normally enabling said first access sequence detector and disabling said second access sequence detector and responsive to a predetermined number of sequences of tone signals not corresponding to said further predetermined sequence for disabling said first access sequence detector and enabling said second access sequence detector.

12. An access limiting apparatus in accordance with claim 11 and further including answering means for normally coupling said control apparatus to said phone line in response to a predetermined number of ring tones received on said phone line; and gate means for disconnecting said control apparatus from said phone line in response to said disabling signal.

13. A control apparatus in accordance with claim 1 and further including means for coupling said apparatus in parallel with a telephone receiver for permitting production of said sequence detection signal and production of said control signal simultaneously with conversation over said telephone receiver.

14. A control apparatus in accordance with claim 1 and further including decoupling means responsive to a remotely located transmitter going off the telephone line for disconnecting the control apparatus from the telephone line.

15. A phone-line-linked, tone-operated control apparatus comprising: detecting means coupled to receive tone signals from said phone line, for detecting at least one predetermined sequence of predetermined tone signals and for producing a corresponding sequence detection signal; control means responsive to said sequence detection signal for producing a corresponding control signal; and access limiting circuit means coupled with said detecting means for preventing production of said sequence detection signal until an access sequence comprising a further predetermined sequence of predetermined tone signals is first received on said phone line; wherein said access limiting circuit means comprises gating circuit means for producing a gate signed in response to tone signals making up said predetermined access, sequence, counter means for producing a count signal upon counting a predetermined number of received tone signals greater in number than the number of tone signals in said access sequence, and disabling circuit means responsive to said count signal and said gate signal for disabling production of said sequence detection signal when said access sequence is not present in said predetermined number of received tone signals; whereby a selected number of additional, arbitrary tone signals may be received in addition to the signals of said access sequence without disabling production of said sequence detecting signals, said selected number of additional signals and the number of signals in said access sequence together equalling the number of signals counted by said counter means.

4,596,900

15

16. A control apparatus in accordance with claim 1 and further including means for coupling said sequence detecting means to said phone line in response to a predetermined number of ring tones received on said phone line.

17. An access limiting apparatus according to claim 11 and further including answering means coupled to said phone line and responsive to a predetermined num-

16

ber of ring tones received on said phone line for coupling said control apparatus to said phone line; and gate means coupled to said answering means and responsive to said disabling signal for causing said answering means to disconnect said control apparatus from said phone line.

. . . . .



US004596900B1

# REEXAMINATION CERTIFICATE (2691th)

## United States Patent [19]

[11] B1 4,596,900

### Jackson

[45] Certificate Issued    Oct. 10, 1995

[54] PHONE-LINE LINKED, TONE-OPERATED CONTROL DEVICE

[76] Inventor: Philip S. Jackson, 5305 N. Neenah, Chicago, Ill. 60656

Reexamination Request
No. 90/003,496, Jul. 15, 1994
No. 90/003,680, Jan. 3, 1995

Reexamination Certificate for:
Patent No.: 4,596,900
Issued: Jun. 24, 1986
Appl. No.: 507,702
Filed: Jun. 23, 1983

[51] Int. Cl.⁶ ............... H04M 11/00; H04M 1/64
[52] U.S. Cl. ................ 379/105; 379/77; 379/102
[58] Field of Search ................... 379/102, 104, 379/105, 97, 77, 88, 89, 67, 200

[56] References Cited

U.S. PATENT DOCUMENTS

4,095,050   6/1978   Beachem et al. ............... 379/102

Primary Examiner—Jason Chan

[57] ABSTRACT

A phone-line-linked, tone-operated control apparatus in accordance with the invention comprises a detecting circuit coupled to a telephone line for detecting at least one predetermined sequence of predetermined tone signals received on the telephone line and for producing a corresponding sequence detection signal. An additional control circuit is responsive to the sequence detection signal for producing a corresponding control signal. Preferably, a break-in prevention circuit prevents access to the control apparatus unless a predetermined access code is first given.

17 Claims

—Exhibit B—

B1 4,596,900

1

# REEXAMINATION CERTIFICATE
# ISSUED UNDER 35 U.S.C. 307

### THE PATENT IS HEREBY AMENDED AS
### INDICATED BELOW.

Matter enclosed in heavy brackets [] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

The patentability of claims 5–9, 11–12, 17 is confirmed.

Claims 1, 3, 10 and 15 are determined to be patentable as amended.

Claims 2, 4, 13, 14 and 16, dependent on an amended claim, are determined to be patentable.

1. A phone-line-linked, tone-operated control apparatus *for remotely controlling various functions of at least one device, said apparatus* comprising: detecting means coupled to receive tone signals from said phone line, for detecting at least one predetermined sequence of predetermined tone signals and for producing a corresponding sequence detection signal; control means responsive to said sequence detection signal for producing a corresponding control signal; *wherein said detecting means comprises first detecting means for producing a first detection signal in response to the reception of a first predetermined sequence of predetermined tone signals and second detecting means for producing a second detection signal in response to the reception of a second predetermined sequence of predetermined tone signals; wherein said control means is responsive to said first detection signal for producing a corresponding first control signal and responsive to said second detection signal for producing a corresponding second control signal; wherein said control means comprises dual state means [capable of] for producing only one of a first control signal and said second control signal at a time*; and wherein said first and said second detecting means further include gating means coupled in circuit for disabling production of said first and said second detection signals respectively in response to said second control signal and said first control signal, respectively, *whereby said apparatus cannot produce said first detection signal and said second detection signal at the same time.*

3. A phone-line-linked, tone-operated control apparatus comprising: detecting means coupled to receive *a plurality of* tone signals from said phone line, for detecting at least one predetermined sequence of predetermined tone signals and for producing a corresponding sequence detection signal; and control means responsive to said sequence detection signal for producing a corresponding control signal; wherein said detecting means comprises tone decoding means for converting each *received one* of *said plurality of* tone signals into [a] *an encoded* multiple-bit digital signal, *with each said encoded multiple-bit digital signal having a total number of*

2

*bits substantially less than the total number of tone signals in said plurality of tone signals,* logic gate means coupled to receive said *encoded* multiple-bit digital signals and responsive to *said encoded* multiple-bit digital signals of predetermined logic content for producing gated output signals, and sequence detecting means coupled to said logic gate means for producing said *corresponding* sequence detection signal in response to production of said gated output signals in a predetermined sequence; and wherein said control means comprises flip-flop means [capable of] *for producing* first state and second state output signals and responsive to each *different* sequence detection signal for changing the state of its *corresponding* output signal, said output signals comprising said control signal.

10. A phone-line-linked, tone-operated control apparatus comprising: detecting means coupled to receive tone signals from said phone line, for detecting at least one predetermined sequence of predetermined tone signals and for producing a corresponding sequence detection signal; control means responsive to said sequence detection signal for producing a corresponding control signal; switching means responsive to said control signal for activating a given instrument under control; and feedback means coupled to said switching means for producing a verifying signal in response to operation of said switching means for activating said instrument under control; wherein said feedback means includes gate means coupled with [said] *answering circuit* means and responsive to said verifying signal for momentarily decoupling said detecting circuit means from said phone line and thereby producing an audible signal.

15. A phone-line-linked, tone-operated control apparatus comprising: detecting means coupled to receive tone signals from said phone line, for detecting at least one predetermined sequence of predetermined tone signals and for producing a corresponding sequence detection signal; control means responsive to said sequence detection signal for producing a corresponding control signal; and access limiting circuit means coupled with said detecting means for preventing production of said sequence detection signal until an access sequence comprising a further predetermined sequence of predetermined tone signals is first received on said phone line; wherein said access limiting circuit means comprises gating circuit means for producing a gate [signed] *signal* in response to tone signals making up said predetermined access sequence, counter means for producing a count signal upon counting a predetermined number of received tone signals greater in number than the *number of* tone signals in said access sequence, and disabling circuit means responsive to said count signal and said gate signal for disabling production of said sequence detection signal when said access sequence is not present in said predetermined number of received tone signals; whereby a selected number of additional, arbitrary tone signals may be received in addition to the signals of said access sequence without disabling production of said sequence detecting signals, said selected number of additional signals and the number of signals in said access sequence together equalling the number of signals counted by said counter meams.

\* \* \* \* \*

US004596900B1

# REEXAMINATION CERTIFICATE (3301th)

## United States Patent [19]

### Jackson

[11] **B2 4,596,900**

[45] Certificate Issued **Aug. 26, 1997**

[54] **PHONE-LINE-LINKED, TONE-OPERATED CONTROL DEVICE**

[76] Inventor: Philip S. Jackson, 5305 N. Neenah, Chicago, Ill. 60656

**Reexamination Request:**
No. 90/003,985, Oct. 3, 1995

**Reexamination Certificate for:**

| | |
|---|---|
| Patent No.: | 4,596,900 |
| Issued: | Jun. 24, 1986 |
| Appl. No.: | 507,702 |
| Filed: | Jun. 23, 1983 |

Reexamination Certificate B1 4,596,900 issued Oct. 10, 1995

Certificate of Correction issued Oct. 10, 1995.

[51] Int. Cl.[6] ............ H04M 11/00; H04M 1/64
[52] U.S. Cl. ............ 379/105; 379/77; 379/102
[58] Field of Search ............ 379/105, 77, 102, 379/104, 97, 88, 89, 67, 200

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| Re. 33,369 | 10/1990 | Hashimoto | 379/104 |
| 1,778,980 | 10/1930 | Mc Keldin et al. | |
| 2,005,788 | 6/1935 | Keiser | |
| 2,154,722 | 4/1939 | Bloxson | |
| 2,261,420 | 11/1941 | Shively et al. | |
| 2,374,842 | 5/1945 | Shively et al. | |
| 2,393,272 | 1/1946 | Van Deventer | |

(List continued on next page.)

**FOREIGN PATENT DOCUMENTS**

| | | |
|---|---|---|
| 0008220A1 | 2/1980 | European Pat. Off. |
| 2224629 | 4/1974 | France |
| 49-37504 | 4/1974 | Japan |
| 49-37505 | 4/1974 | Japan |
| 50-3472 | 2/1975 | Japan |
| 50-27404 | 3/1975 | Japan |
| 52-44993 | 4/1977 | Japan |
| 53-42609 | 4/1978 | Japan |
| 53-137389 | 11/1978 | Japan |
| 56-35562 | 4/1981 | Japan |
| 1482628 | 8/1977 | United Kingdom |
| 2065419 | 6/1981 | United Kingdom |

**OTHER PUBLICATIONS**

Article entitled "Making A Data Terminal Out Of The Touch–Tone Telephone" by Robert Broomfield, et al., Electronics magazine/Jul. 3, 1980.

Article entitled "Build A Touch Tone Decoder For Remote Control" by Steve Ciarcia, BYTE magazine/Dec., 1981.

*Practical Digital Design Using Ics*, First Edition, 1977, pp. 150–165, Joseph D. Greenfield.

*Practical Digital Design Using Ics*, Second Edition, 1983, pp. 158–172, Joseph D. Greenfield.

*Primary Examiner*—Jason Chan

[57] **ABSTRACT**

A phone-line-linked, tone-operated control apparatus in accordance with the invention comprises a detecting circuit coupled to a telephone line for detecting at least one predetermined sequence of predetermined tone signals received on the telephone line and for producing a corresponding sequence detection signal. An additional control circuit is responsive to the sequence detection signal for producing a corresponding control signal. Preferably, a break-in prevention circuit prevents access to the control apparatus unless a predetermined access code is first given.



# B2 4,596,900
Page 2

## U.S. PATENT DOCUMENTS

| Patent No. | Date | Name | Class |
|---|---|---|---|
| 2,533,234 | 12/1950 | Edwards . | |
| 2,539,139 | 1/1951 | Jordanoff et al. . | |
| 2,549,548 | 4/1951 | Von Zimmermann . | |
| 2,799,726 | 7/1957 | Van Deventer et al. . | |
| 3,024,452 | 3/1962 | Leonard . | |
| 3,049,592 | 8/1962 | Waldman . | |
| 3,076,059 | 1/1963 | Meacham et al. . | |
| 3,077,577 | 2/1963 | Malone et al. . | |
| 3,080,547 | 3/1963 | Cooper . | |
| 3,109,071 | 10/1963 | Mitchell et al. . | |
| 3,274,584 | 9/1966 | Morgan et al. . | |
| 3,320,490 | 5/1967 | Beck et al. . | |
| 3,371,165 | 2/1968 | Earle et al. . | |
| 3,383,467 | 5/1968 | New et al. . | |
| 3,383,469 | 5/1968 | Goodman . | |
| 3,436,483 | 4/1969 | Blanc . | |
| 3,542,962 | 11/1970 | Morgan et al. . | |
| 3,548,102 | 12/1970 | Schaum et al. . | |
| 3,552,520 | 1/1971 | Naubereit . | |
| 3,553,376 | 1/1971 | Bogaert et al. . | |
| 3,577,080 | 5/1971 | Cannalte . | |
| 3,581,283 | 5/1971 | Reddel | 340/171 |
| 3,584,155 | 6/1971 | Koster . | |
| 3,587,051 | 6/1971 | Hovey | 340/164 R |
| 3,591,711 | 7/1971 | De Groat . | |
| 3,593,816 | 7/1971 | Karaoka | 180/113 |
| 3,600,517 | 8/1971 | Goodman . | |
| 3,614,326 | 10/1971 | Cameron . | |
| 3,622,992 | 11/1971 | Schoenwitz . | |
| 3,633,167 | 1/1972 | Hedin | 340/164 |
| 3,641,396 | 2/1972 | Kotsca et al. | 317/134 |
| 3,641,498 | 2/1972 | Hedin | 340/164 R |
| 3,647,971 | 3/1972 | Cushman et al. . | |
| 3,647,973 | 3/1972 | James et al. . | |
| 3,652,795 | 3/1972 | Wolf et al. . | |
| 3,665,162 | 5/1972 | Yamamoto et al. | 235/61.7 B |
| 3,675,513 | 7/1972 | Flanagan et al. . | |
| 3,691,396 | 9/1972 | Hinrichs | 307/40 |
| 3,702,904 | 11/1972 | Bard . | |
| 3,710,316 | 1/1973 | Kromer | 340/63 |
| 3,715,518 | 2/1973 | Campbell et al. . | |
| 3,723,753 | 3/1973 | Davis | 307/41 |
| 3,731,076 | 5/1973 | Nagata et al. | 235/61.7 B |
| 3,743,945 | 7/1973 | Sellari, Jr. | 328/28 |
| 3,751,718 | 8/1973 | Hanchett, Jr. | 317/134 |
| 3,754,164 | 8/1973 | Zoiry | 317/134 |
| 3,754,213 | 8/1973 | Morroni et al. | 340/147 |
| 3,761,682 | 9/1973 | Barnes et al. | 235/61.7 B |
| 3,764,859 | 10/1973 | Wood et al. | 317/134 |
| 3,812,403 | 5/1974 | Gartner | 317/134 |
| 3,812,462 | 5/1974 | Crossland et al. | 340/163 |
| 3,814,840 | 6/1974 | Lubarsky, Jr. et al. . | |
| 3,818,145 | 6/1974 | Henway . | |
| 3,825,687 | 7/1974 | Waldman . | |
| 3,829,616 | 8/1974 | Blouch . | |
| 3,831,065 | 8/1974 | Martin et al. | 317/134 |
| 3,836,959 | 9/1974 | Pao et al. | 340/148 |
| 3,842,208 | 10/1974 | Paraskevakos . | |
| 3,846,622 | 11/1974 | Meyer | 235/61.7 B |
| 3,857,018 | 12/1974 | Stark et al. | 235/61.7 B |
| 3,866,173 | 2/1975 | Moorman et al. | 340/149 A |
| 3,868,640 | 2/1975 | Binnie et al. | 340/151 |
| 3,870,821 | 3/1975 | Steury . | |
| 3,871,474 | 3/1975 | Tomlinson et al. | 180/113 |
| 3,872,254 | 3/1975 | Murata et al. . | |
| 3,878,511 | 4/1975 | Wagner | 340/147 |
| 3,885,408 | 5/1975 | Clark, Jr. | 70/278 |
| 3,893,073 | 7/1975 | Angello | 340/147 |
| 3,902,016 | 8/1975 | Blouch . | |
| 3,904,826 | 9/1975 | Murata et al. | 379/77 |
| 3,906,460 | 9/1975 | Halpern | 340/172.5 |
| 3,912,869 | 10/1975 | Ullakko . | |
| 3,919,504 | 11/1975 | Crosley et al. . | |
| 3,927,264 | 12/1975 | Fish et al. . | |
| 3,936,617 | 2/1976 | Bolgiano . | |
| 3,943,291 | 3/1976 | Okamura . | |
| 3,953,769 | 4/1976 | Sopko . | |
| 3,959,603 | 5/1976 | Nilssen et al. . | |
| 3,976,840 | 8/1976 | Cleveland et al. . | |
| 3,979,562 | 9/1976 | Rice . | |
| 3,991,274 | 11/1976 | Darwood | 379/77 |
| 3,992,587 | 11/1976 | Puckett et al. | 379/96 |
| 4,002,837 | 1/1977 | Ebner et al. . | |
| 4,004,276 | 1/1977 | Robinson et al. | 340/171 A |
| 4,005,271 | 1/1977 | Urayama . | |
| 4,006,316 | 2/1977 | Bolgiano | 379/105 |
| 4,011,411 | 3/1977 | Nishimura . | |
| 4,016,360 | 4/1977 | Cane . | |
| 4,021,796 | 5/1977 | Fawcett, Jr. et al. | 340/274 C |
| 4,029,913 | 6/1977 | Gunderson . | |
| 4,042,787 | 8/1977 | Richards . | |
| 4,055,808 | 10/1977 | Holsinger et al. | 325/67 |
| 4,058,678 | 11/1977 | Dunn et al. . | |
| 4,064,367 | 12/1977 | O'Malley . | |
| 4,066,847 | 1/1978 | Giordano . | |
| 4,087,638 | 5/1978 | Hayes et al. . | |
| 4,092,524 | 5/1978 | Moreno . | |
| 4,093,823 | 6/1978 | Chu | 370/92 |
| 4,095,050 | 6/1978 | Beachem et al. | 379/104 |
| 4,095,239 | 6/1978 | Gerry | 340/147 |
| 4,100,534 | 7/1978 | Shiflet, Jr. | 340/149 A |
| 4,102,493 | 7/1978 | Moreno | 235/419 |
| 4,105,156 | 8/1978 | Dethloff | 235/441 |
| 4,112,264 | 9/1978 | Abramson et al. . | |
| 4,113,986 | 9/1978 | Clement et al. . | |
| 4,117,270 | 9/1978 | Lesea . | |
| 4,121,053 | 10/1978 | Dick | 379/104 |
| 4,122,305 | 10/1978 | Fish et al. . | |
| 4,122,306 | 10/1978 | Friedman et al. | 379/73 |
| 4,124,771 | 11/1978 | Elkins . | |
| 4,130,732 | 12/1978 | Giovagnosi . | |
| 4,135,150 | 1/1979 | Quigley | 379/351 |
| 4,142,097 | 2/1979 | Ulch | 235/382 |
| 4,153,818 | 5/1979 | Goodloe et al. . | |
| 4,158,110 | 6/1979 | Ullakko et al. . | |
| 4,160,131 | 7/1979 | Kaul et al. . | |
| 4,174,517 | 11/1979 | Mandel | 340/310 A |
| 4,181,909 | 1/1980 | Pyeatte et al. | 340/147 SY |
| 4,188,511 | 2/1980 | Smith et al. . | |
| 4,189,712 | 2/1980 | Lemelson | 340/149 A |
| 4,194,089 | 3/1980 | Hashimoto | 379/96 |
| 4,197,524 | 4/1980 | Salem | 340/147 |
| 4,205,325 | 5/1980 | Haygood et al. | 340/147 |
| 4,206,491 | 6/1980 | Ligman et al. | 361/172 |
| 4,211,919 | 7/1980 | Ugon | 235/487 |
| 4,218,589 | 8/1980 | Pitroda et al. | 370/13 |
| 4,219,699 | 8/1980 | Nilssen et al. | 379/63 |
| 4,232,296 | 11/1980 | Filipovic | 340/167 R |
| 4,249,245 | 2/1981 | Nakanishi et al. | 364/710 |
| 4,251,692 | 2/1981 | Waldman . | |
| 4,256,955 | 3/1981 | Giraud et al. | 235/380 |
| 4,258,236 | 3/1981 | Conklin et al. . | |
| 4,277,837 | 7/1981 | Stuckert | 364/900 |
| 4,289,934 | 9/1981 | Pitroda et al. . | |
| 4,292,475 | 9/1981 | Hill et al. . | |
| 4,304,968 | 12/1981 | Klausner et al. . | |
| 4,312,032 | 1/1982 | Nilsson et al. . | |
| 4,319,337 | 3/1982 | Sander et al. | 364/900 |
| 4,320,256 | 3/1982 | Freeman . | |
| 4,336,422 | 6/1982 | Mellon . | |
| 4,341,951 | 7/1982 | Benton | 235/379 |
| 4,352,958 | 10/1982 | Davis et al. . | |

| 4,353,502 | 10/1982 | Myers | 236/47 |
| 4,356,545 | 10/1982 | West | 364/200 |
| 4,366,348 | 12/1982 | Pope . | |
| 4,385,206 | 5/1983 | Bradshaw et al. . | |
| 4,386,266 | 5/1983 | Chesarek | 235/380 |
| 4,387,272 | 6/1983 | Castro et al. . | |
| 4,392,218 | 7/1983 | Plunkett, Jr. | 369/29 |
| 4,393,277 | 7/1983 | Besen et al. . | |
| 4,403,119 | 9/1983 | Conklin et al. | 379/5 |
| 4,408,119 | 10/1983 | Decavele | 235/382 |
| 4,421,954 | 12/1983 | Mita et al. | 379/82 |
| 4,426,555 | 1/1984 | Underkoffler | 379/96 |
| 4,427,848 | 1/1984 | Tsakanikas | 379/96 |
| 4,427,980 | 1/1984 | Fennell et al. | 340/825.52 |
| 4,430,755 | 2/1984 | Nadir et al. | 455/77 |
| 4,431,867 | 2/1984 | Heatherington . | |
| 4,436,958 | 3/1984 | Hansen et al. | 379/103 |
| 4,436,959 | 3/1984 | Nakatsuyama et al. | 379/73 |
| 4,438,295 | 3/1984 | Hales . | |
| 4,440,977 | 4/1984 | Pao et al. . | |
| 4,442,319 | 4/1984 | Treidl . | |
| 4,449,040 | 5/1984 | Matsuoka et al. | 235/380 |
| 4,453,041 | 6/1984 | Castro et al. | 379/373 |
| 4,453,074 | 6/1984 | Weinstein | 235/380 |
| 4,455,453 | 6/1984 | Parasekvakos et al. . | |
| 4,467,144 | 8/1984 | Wilkerson et al. . | |
| 4,467,148 | 8/1984 | Stafford et al. . | |
| 4,469,915 | 9/1984 | Lxx et al. | 379/74 |
| 4,475,009 | 10/1984 | Rais et al. . | |
| 4,477,806 | 10/1984 | Mochida et al. | 340/825.32 |
| 4,488,274 | 12/1984 | Plunkett, Jr. | 369/24 |
| 4,491,690 | 1/1985 | Daley | 379/105 |
| 4,503,288 | 3/1985 | Kessler . | |
| 4,518,827 | 5/1985 | Sagara . | |
| 4,525,712 | 6/1985 | Okano et al. . | |
| 4,531,740 | 7/1985 | Green et al. | 340/853.1 |
| 4,540,851 | 9/1985 | Hashimoto | 273/148 B |
| 4,540,856 | 9/1985 | Fujii et al. . | |
| 4,549,044 | 10/1985 | Durham . | |
| 4,562,483 | 12/1985 | Kurokawa et al. | 358/257 |
| 4,570,223 | 2/1986 | Yoshimoto | 364/405 |
| 4,578,540 | 3/1986 | Borg et al. . | |
| 4,585,904 | 4/1986 | Mincone et al. . | |
| 4,591,664 | 5/1986 | Freeman . | |

OTHER PUBLICATIONS

Doxol 320T Service Manual (Undated, partial copy only).

Compact Cassette Remote Telephone/Answering Recording Machine.

CMOS Integrated Circuits, National Semiconductor Corp., Mar. 1975, pp. 173–175.

Digital Integrated Circuits, National Semiconductor Corp., Jan. 1974, pp. 1–9, 1–10, 1–13, 1–14, 1–15, 1–16, 1–28, 1–29, 1–56 and 1–57.

1980 Electronics Article, "Making a Data Terminal Out Of A Touch Tone Telephone".

1981 BYTE Article, "Build A Touch-Tone Decoder For Remote Control".

Microcomputer and Repeaters, 73 Magazine, Aug. 1977.

A Modular Control Unit—Just for Repeaters, QST Magazine, May 1978.

A First-Class Touch-Tone Encoder, QST Magazine, Feb. 1979.

Pivotrol Corp. Advertisement, Nebraska Farmer, May 6, 1978 at p. 75.

Pivotrol Corp. Advertisement, Nebraska Farmer, Apr. 15, 1978 at p. 87.

Pivotrol Corp. Advertisement, The Dakota Farmer, Aug. 1978 at p. 58.

Pivotrol Corp. Advertisement, Nebraska Farmer, Jun. 3, 1978 at p. 47.

Pivotrol Control Option Owner's Guide Model CTL–1, Pivotrol Corporation.

Pivotrol Corporation Advertisement, Irrigation Age, Jul.–Aug. 1978 at p. 54.

Pivotrol Center Pivot Irrigation Monitor and Control System, Owner's Manual, Ron Siffring, Pivotrol Serial No. 105.

Monroe Electronics Inc. brochure Model 3069 Dual Tone Signal Detector, 1975.

Interface Technology Product brochure for Model 720 and 721 Portable Remote Data Entry Terminal.

Interface Technology Product brochure for Model 730 Desk-top Remote Data Entry Terminal–Buffered.

Interface Technology Product brochure for Model 722 16 Key Portable Remote Data Entry Terminal.

Ledex Inc. Product brochure for Model MD 42C Touch-Tone decoder module, 1970.

National Semiconductor Corporation, Linear Integrated Circuits Catalogue.

Signetics Corporation, Digital Linear MOS Application Handbook, 1974.

Signetics Corporation, Digital Linear MOS Data Handbook, 1974.

Motorola Semiconductor Products, Inc., Phase–Locked Loop Systems Data Book (2d. ed. Aug. 1973).

Components For Design, Electromechanical Design, p. 18. et seq.

Pivotrol Advertisement dated Sep. 11, 1975 for Friday, Sep. 19, 1975 demonstration of Pivotrol.

Sikorski Electric Pivotrol Advertisement, The Badger Commentator, Jan. 1977 at p. 9.

First there was Dial–a–Prayer; Now there's Dial–a–Shower, The Grower, Mar. 1978 at p. 48.

Irrigation Monitor, Farm Industry News, Feb. 1977 at pp. 50–52.

Irrigator's Phone 'Dials' Water On, Sunday Omaha World Herald, Jul. 25, 1976.

Dial '0' for Water, Irrigation Age, vol. II, No. 3, Nov.–Dec. 1976 at p. 20.

He's "Hired" Telephone to Help Him Irrigate, Nebraska Farmer, Aug. 21, 1976 at p. 11.

Pivotrol Dealer's Installation Guide.

Pivotrol Center Pivot Monitor & Control System flyer.

Pivotrol Center Pivot Users flyer.

Pivotrol Center Pivot Monitor & Control System flyer.

"Pivotrol" Irrigation Monitoring & Control System pamphlet.

Pivotrol Corporation letter to "Dear Irrigator".

Pivotrol System On Display at Staples Farm, The Staples World, vol. 86, No. 26, Aug. 19, 1977.

The Staples Irrigation Center Pivotrol Irrigation Monitor and Control System flyer.

They Irrigate By Phone, Farm Journal, Mid–Mar. 1977, p. D–1.

A Computer–Controlled Talking Repeater, 73 Magazine, Ed Ingber, Oct. 1980.

A Computer–Controlled Talking Repeater, 73 Magazine, Ed Ingber, Nov. 1980.

A Computer–Controlled Talking Repeater, 73 Magazine, Ed Ingber, Dec. 1980.

Integrated–Circuit Sequential Switching for Touch–Tone Remote Control, Ham Radio, R.R. Shreve, Jun. 22, 1972

B2 4,596,900
Page 4

247B Telephone Unit "Touch–Tone" Adapter. Identification Installation and Connectors. *Bell System Practices*, Feb. 1966.

Microprocessor–based Repeater Controller. *Ham Radio Magazine*, Mar. 1982 at p. 12.

Build a Touch–Tone Decoder for Remote Control. (1981). by Steve Ciarcia. *Byte Magazine*. [Relied Upon By Matsushita In Third Reexamination].

RC–850 Repeater Controller Owners Manual (Firmware Vers. 1.4) Jul. 1992.

DIGITONE—"Application Notes and Catalog" (1970).

FM and REPEATERS for the Radio Amateur (1972).

The Microprocessor And Repeater Control. *QST Magazine*, Feb. 1979.

A CMOS Control Circuit For Repeaters. *QST Magazine*, Mar. 1979.

Personalize Your Repeater With a Voice ID. *73 Magazine*, Jan. 1980.

Spectrum Communications Advertisement. *73 Magazine*, Jan. 1980.

A Universal Touch–Tone Decoder. *QST Magazine*, Mar. 1980.

Spectrum Communications Advertisement. *73 Magazine*, Apr. 1980.

Product Review Of The Spectrum Communications TTC–100 Touch–Tone Decoder/Control Board. *73 Magazine*, May 1980.

A Telephone–Line Repeater—Control Device. *QST Magazine*, Jun. 1980.

A CMOS Command Decoder For Repeaters And Remote Bases. *QST Magazine*, Oct. 1980.

Put "The Rep" In Your Repeater—An Automatic Autopatch Dialer. *73 Magazine*, Jan. 1981.

Spectrum Communications Advertisement. *73 Magazine*, Feb. 1981.

Under Software Control—A Repeater Control System With Minimal Hardware. *73 Magazine*, Feb. 1981.

Phono–line Interface—Do It Solid–State Style. *QST Magazine*, Oct. 1981.

Spectrum Communications Advertisement. *73 Magazine*, Jan. 1982.

The DTMF "Easy–Ceiver". *QST Magazine*, Jan. 1982.

Spectrum Communications Advertisement. *73 Magazine*, Mar. 1982.

Dayton HAMVENTION Advertisement. *73 Magazine*, Apr. 1982.

RC–850 Repeater Controller and related advertisement. *73 Magazine*, May 1982.

Not Just Another Decoder. *QST Magazine*, Jun. 1982.

B2 4,596,900

1

# REEXAMINATION CERTIFICATE
## ISSUED UNDER 35 U.S.C. 307

### THE PATENT IS HEREBY AMENDED AS INDICATED BELOW.

Matter enclosed in heavy brackets **[ ]** appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.

ONLY THOSE PARAGRAPHS OF THE SPECIFI-CATION AFFECTED BY AMENDMENT ARE PRINTED HEREIN:

Column 6, lines 36–58:

It will be recognized from the foregoing that additional instruments or apparatus may be similarly provided with "on" and "off" control signals in response to additional different selected sequences from the DTMF 20. For example, since the # and * decoded outputs are already available as the first in a two-signal sequence at the Q outputs of flip-flops 56 and 58, these may be utilized with other decoded digit tone signals to control further instruments or devices. That is, further gates such as AND gate 50 (e.g., 50') may be used to detect or decode binary signals corresponding to other digits. Additionally, similar gates such as the gate 60 (e.g., 60' and 62) may then be connected to receive the # and * outputs as well as the further decoded digit outputs so as to drive further flip-flops such as the flip-flop 66 (e.g., 66') in exactly the same fashion (e.g., using OR gate 64' and the feedback signals from the Q and Qbar outputs of flip-flop 66' are fed to the third input of AND gates 60' and 62', respectively, as discussed hereinabove with respect to OR gate 64, flip-flop 66 and AND gates 60 and 62) as described above so as to provide on and off control signals for additional instruments. For example, *, 2 and #, 2 might be used to control a second instrument and so forth by the simple expedient of a repetition of only a small part of the circuitry of FIG. 2. Other codes may of course be utilized by duplicating more of the decoding and control logic circuit 24 of FIG. 2, if entirely different on and off codes are desired.

THE DRAWING FIGURES HAVE BEEN CHANGED AS FOLLOWS:

AND gates 50', 60' and 62', flip-flop 66' and OR gate 64' have been added to FIG. 2.

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

Claims 1, 3, 4, 5, 7, 8, 10, 11 and 15 are determined to be patentable as amended.

Claims 2, 6, 9, 12, 13, 14, 16 and 17, dependent on an amended claim, are determined to be patentable.

New claims 18–116 are added and determined to be patentable.

1. A phone-line-linked, tone-operated control apparatus for remotely controlling *various functions of at least one device, said apparatus* comprising:

detecting means coupled to receive tone signals from said phone line,

for detecting at least one predetermined sequence of predetermined tone signals and

2

for producing a corresponding sequence detection signal;

control means responsive to said sequence detection signal for producing a corresponding control signal;

wherein said detecting means comprises

first detecting means

for producing a first detection signal in response to the reception of a first predetermined sequence of pre-determined tone signals and

second detecting means

for producing a second detection signal in response to the reception of a second predetermined sequence of predetermined tone signals;

wherein said control means is

responsive to said first detection signal for producing a corresponding first control signal and

responsive to said second detection signal *for* producing a corresponding second control signal;

wherein said control means comprises

dual state means

for producing only one of [a] *said* first control signal and said second control signal at a time; and

wherein said first and said second detecting means further include

gating means

coupled in circuit

for disabling production of said first and said second detection signals respectively

in response to said second control signal and said first control signal, respectively,

whereby said apparatus cannot produce said first detec-tion signal and said second detection signal at the same time.

3. A phone-line-linked, tone-operated control apparatus *for remotely and selectively controlling a plurality of operations, said operations being bistable by having only two mutually-exclusive stable operating conditions, said apparatus* comprising:

detecting means coupled to receive a plurality of tone signals from said phone line,

for detecting at least one predetermined sequence of predetermined tone signals and

for producing a corresponding sequence detection signal; and

control means responsive to said sequence detection signal for producing a corresponding control signal;

wherein said detecting means comprises

tone decoding means

for converting each received one of said plurality of tone signals into an encoded multiple-bit digital signal, with each said encoded multiple-bit digital signal having a total number of bits substantially less than the total number of tone signals in said plurality of tone signals,

logic gate means

coupled to receive said encoded multiple-bit digital signals and responsive to said encoded multiple-bit digital signals of predetermined logic content for producing gated output signals, and

sequence detecting means

coupled to said logic gate means

for producing said corresponding sequence detection signal response to production of said gated output signals in a predetermined sequence; and

wherein said control means comprises

flip-flop means [for] *associated with each said bistable operation, with said flip-flop means*

B2 4,596,900

3

producing first state and second state output signals *for
each state bistable operation,*
*said first state output signal corresponding to one of
said mutually-exclusive operating conditions, and
said second state output signal corresponding to
the other of said mutually-exclusive operating
conditions,* and
*wherein said flip-flop means*
*is responsive to* [each different] *a sequence detection
signal selectively associated with one of said con-
ditions of fewer than all of said bistable opera-
tions*
*for changing* [the state of its corresponding output
signal.] *from said first state output signal to
said second state output signal for said fewer
than all of said bistable operations and*
*is responsive to a different sequence detection signal
selectively associated with the other one of said
conditions of fewer than all of said bistable opera-
tions*
*for changing from said second state output signal
to said first state output signal for said fewer
than all of said bistable operations, and*
*maintaining the state of said flip-flop means until and
if and only if said flip-flop means responds to a
sequence detection signal selectively associated with
the other of said conditions of fewer than all of said
bistable operations,*
said *first and second state output signals comprising*
said control signal.

4. A control apparatus in accordance with claim 3
wherein said detecting means includes
means for detecting at least two predetermined sequences
of predetermined tone signals and producing corre-
sponding sequence detection signals;
wherein said control means is responsive to each said
sequence detection signal for changing state; and
further including
gating means
coupled with said control means and with said sequence
detecting means
for preventing reception of [a] *one of said corresponding
sequence detection* [signal] *signals at said control
means* in response to a corresponding control signal,
thereby preventing said control means from changing
state in response to consecutive repetition of the same
corresponding sequence detection signal.

5. A phone-line-linked, tone-operated control apparatus
comprising:
detecting means coupled to receive tone signals from said
phone line,
for detecting at least one predetermined sequence of
predetermined tone signals and
for producing a corresponding sequence detection signal;
control means responsive to said sequence detection signal
for producing a corresponding control signal;
access limiting circuit means
coupled with said detecting means
for preventing production of said sequence detection
signal
until an access sequence comprising
a further predetermined sequence of
predetermined tone signals is first received on said
phone line;
wherein said access limiting circuit means includes

4

gate means
coupled with said detecting means
for normally preventing response thereof to said tone
signals, and
counter means
coupled to said gate means and responsive to said tone
signals
for causing said gate means to enable operation of said
detecting means following a predetermined number
of tone signals received thereby.

7. A phone-line-linked, tone-operated control apparatus
comprising:
detecting means coupled to receive tone signals from said
phone line,
for detecting at least one predetermined sequence of
predetermined tone signals and
for producing a corresponding sequence detection signal;
control means responsive to said sequence detection signal
for producing a corresponding control signal;
access limiting circuit means coupled with said detecting
means
for preventing production of said sequence detection
signal
until an access sequence comprising
a further predetermined sequence of predetermined
tone signals is first received on said phone line;
wherein said access limiting *circuit* means further comprises
a first access sequence detector
responsive only to said access sequence,
a second access sequence detector
responsive only to a second access sequence compris-
ing
a different predetermined sequence of predetermined
tone signals, and
enabling circuit means
for normally enabling said first access sequence detec-
tor and disabling said second access sequence detec-
tor and
responsive to a predetermined number of sequences of
tone signals not corresponding to said further pre-
determined sequence
for disabling said first access sequence detector and
enabling said second access sequence detector.

8. A control apparatus according to claim 6 and further
including
gate means
coupled to [said] answering means and
responsive to said disabling signal
for causing said answering means to disconnect said
detecting means from said phone line.

10. A phone-line-linked, tone-operated control apparatus
comprising:
detecting means coupled to receive tone signals from said
phone line,
for detecting at least one predetermined sequence of
predetermined tone signals and
for producing a corresponding sequence detection signal;
control means responsive to said sequence detection signal
for producing a corresponding control signal;
switching means responsive to said control signal
for activating a given instrument under control; and
feedback means coupled to said switching means
for producing a verifying signal in response to operation

B2 4,596,900

5

for activating said instrument under control;
wherein said feedback means includes

gate means

coupled with answering circuit means and

responsive to said verifying signal for momentarily
decoupling said [detecting] *answering* circuit means
from said phone line and

thereby producing an audible signal.

11. An access limiting apparatus for use with a phone-
line-linked, tone-operated control apparatus and comprising:
access sequence detecting means coupled to receive tone
signals from said phone line.
and responsive to a predetermined number of tone signals
received on said phone line other than an access sequence
comprising a predetermined sequence of predetermined
tone signals

for producing a disabling signal;
disabling means

coupled to said control apparatus

for preventing operation thereof in response to said dis-
abling signal;
wherein said access limiting [means] *apparatus* further
comprises

a first access sequence detector

responsive only to said access sequence.

a second access sequence detector

responsive only to a second access sequence compris-
ing

a different predetermined sequence of predetermined
tone signals, and

enabling circuit means

for normally enabling said first access sequence detec-
tor and disabling said second access sequence detec-
tor and

responsive to a predetermined number of sequences of
tone signals not corresponding to said [further pre-
determined] *access* sequence

for disabling said first access sequence detector and
enabling said second access sequence detector.

15. A phone-line-linked, tone-operated control apparatus
comprising:
detecting means coupled to receive tone signals from said
phone line.

for detecting at least one predetermined sequence of
predetermined tone signals and

for producing a corresponding sequence detection signal;
control means responsive to said sequence detection signal

for producing a corresponding control signal; and
access limiting circuit means coupled with said detecting
means

for preventing production of said sequence detection
signal

until an access sequence comprising

a further predetermined sequence of predetermined
tone signals is first received on said phone line;
wherein said access limiting circuit means comprises

gating circuit means

for producing a gate signal in response to tone signals
making up said [predetermined] access sequence.

counter means

for producing a count signal upon counting a predeter-
mined number of received tone signals greater in
number than the number of tone signals in said
access sequence, and

6

responsive to said count signal and said gate signal

for disabling production of said sequence detection
signal when said access sequence is not present in
said predetermined number of received tone signal;
whereby a selected number of additional, arbitrary tone
signals may be received in addition to the signals of said
access sequence without disabling production of said
sequence detecting [signals] *signal*,

said selected number of additional signals and the number
of signals in said access sequence together equalling
the number of signals counted by said counter means.

18. A control apparatus in accordance with claim 1,
further including
access limiting means

coupled with said detecting means,

for preventing production of said sequence detection
signal until an access sequence comprising

a further predetermined sequence of predetermined
tone signals is first received on said phone line;
wherein said access limiting means includes

access limiting gate means

coupled with said detecting means

for normally preventing response thereof to said tone
signals, and

counter means

coupled to said access limiting gate means and respon-
sive to said tone signals

for causing said access limiting gate means to enable
operation of said detecting means following a pre-
determined number of tone signals received thereby.

19. A control apparatus in accordance with claim 1,
further including
access limiting means coupled with said detecting means

for preventing production of said sequence detection
signal

until an access sequence comprising

a further predetermined sequence of predetermined
tone signals is first received on said phone line;
wherein said access limiting means further comprises

a first access sequence detector

responsive only to said access sequence,

a second access sequence detector

responsive only to a second access sequence compris-
ing

a different predetermined sequence of predetermined
tone signals, and

enabling circuit means

for normally enabling said first access sequence detec-
tor and disabling said second access sequence detec-
tor and

responsive to a predetermined number of sequences of
tone signals not corresponding to said access
sequence

for disabling said first access sequence detector and
enabling said second access sequence detector.

20. A control apparatus in accordance with claim 1,
further including
switching means responsive to said control signal

for controlling said device; and
feedback means coupled to said switching means

for producing a verifying signal in response to the chang-
ing of said device from one operating state to another;
wherein said feedback means includes

gate means

B2 4.596.900

7

responsive to said verifying signal for producing an
audible verification signal on said phone line.

21. A control apparatus in accordance with claim 1,
further including

access limiting means comprising:

access sequence detecting means coupled to receive tone
signals from said phone line,

and responsive to a predetermined number of tone signals
received on said phone line other than a first access
sequence comprising

a predetermined sequence of predetermined tone sig-
nals for producing a disabling signal;

disabling means

coupled to said control apparatus

for preventing operation thereof in response to said
disabling signal;

wherein said access limiting means further comprises

a first access sequence detector

responsive only to said first access sequence,

a second access sequence detector

responsive only to a second access sequence compris-
ing

a different predetermined sequence of predetermined
tone signals, and

enabling circuit means

for normally enabling said first access sequence detec-
tor and disabling said second access sequence detec-
tor and

responsive to a predetermined number of sequences of
tone signals not corresponding to said first access
sequence

for disabling said first access sequence detector and
enabling said second access sequence detector.

22. A control apparatus in accordance with claim 1,
further including

access limiting means coupled with said detecting means

for preventing production of said sequence detection
signal

until an access sequence comprising

a further predetermined sequence of predetermined
tone signals is first received on said phone line;

wherein said access limiting means comprises

gating circuit means

for producing a gate signal in response to tone signals
making up said access sequence,

counter means

for producing a count signal upon counting a prede-
termined number of received tone signals greater in
number than the number of tone signals in said
access sequence, and

disabling circuit means

responsive to said count signal and said gate signal

for disabling production of said sequence detection
signal when said access sequence is not present in
said

predetermined number of received tone signals;

whereby a selected number of additional, arbitrary tone
signals may be received in addition to the signals of said
access sequence without disabling production of said
sequence detecting signal,

said selected number of additional signals and the number
of signals in said access sequence together equalling the
number of signals counted by said counter means.

23. A control apparatus in accordance with claim 3,

8

means for coupling said apparatus in parallel with a tele-
phone receiver

for permitting production of said corresponding sequence
detection signal and production of said control signal
simultaneously with conversation over said telephone
receiver.

24. A control apparatus in accordance with claim 3,
further including

decoupling means

responsive to a remotely located transmitter going off the
telephone line

for disconnecting the control apparatus from the tele-
phone line.

25. A control apparatus in accordance with claim 3,
further including

means for coupling said sequence detecting means to said
phone line in response to a predetermined member of ring
tones received on said phone line.

26. A control apparatus in accordance with claim 3,
further including

access limiting means

coupled with said detecting means,

for preventing production of said corresponding sequence
detection signal

until an access sequence comprising

a further predetermined sequence of predetermined
tone signals is first received on said phone line;

wherein said access limiting means includes

gate means

coupled with said detecting means

for normally preventing response thereof to said tone
signals, and

counter means

coupled to said gate means and responsive to said tone
signals

for causing said gate means to enable operation of said
detecting means following a predetermined number
of tone signals received thereby.

27. A control apparatus in accordance with claim 3,
further including

access limiting means coupled with said detecting means

for preventing production of said corresponding
detection signal

until an access sequence comprising

a further predetermined sequence of predetermined
tone signals is first received on said phone line;

wherein said access limiting means further comprises

first access sequence detector

responsive only to said access sequence,

second access sequence detector

responsive only to a second access sequence compris-
ing

a different predetermined sequence of predetermined
tone signals, and

enabling circuit means

for normally enabling said first access sequence detec-
tor and disabling said second access sequence detec-
tor and

responsive to a predetermined number of sequences of
tone signals not corresponding to said further pre-
determined sequence

for disabling said first access sequence detector and
enabling said second access sequence detector.

28. A control apparatus in accordance with claim 3,

B2 4,596,900

9

switching means responsive to said control signal
for controlling a device; and
feedback means coupled to said switching means
for producing a verifying signal in response to the
changing of said device from one operating state to
another;
wherein said feedback means includes
gate means
coupled to answering circuit means and
responsive to said verifying signal for producing an
audible verification signal on said phone line.
29. A control apparatus in accordance with claim 3,
further including
access limiting means comprising:
access sequence detecting means coupled to receive tone
signals from said phone line,
and responsive to a predetermined number of tone signals
received on said phone line other than a first access
sequence comprising
a predetermined sequence of predetermined tone sig-
nals for producing a disabling signal;
disabling means
coupled to said control apparatus
for preventing operation thereof in response to said
disabling signal;
wherein said access limiting means further comprises
a first access sequence detector
responsive only to said first access sequence,
a second access sequence detector
responsive only to a second access sequence compris-
ing
a different predetermined sequence of predetermined
tone signals, and
enabling circuit means
for normally enabling said first access sequence detec-
tor and disabling said second access sequence detec-
tor and
responsive to a predetermined number of sequences of
tone signals not corresponding to said first access
sequence
for disabling said first access sequence detector and
enabling said second access sequence detector.
30. A control apparatus in accordance with claim 3,
further including
access limiting means coupled with said detecting means
for preventing production of said corresponding sequence
detection signal
until an access sequence comprising
a further predetermined sequence of predetermined
tone signals is first received on said phone line;
wherein said access limiting means comprises
gating circuit means
for producing a gate signal in response to tone signals
making up said access sequence,
counter means
for producing a count signal upon counting a prede-
termined number of received tone signals greater in
number than the number of tone signals in said
access sequence, and
disabling circuit means
responsive to said count signal and said gate signal
for disabling production of said corresponding
sequence detection signal when said access
sequence is not present in said predetermined num-
ber of received tone signals;

10

whereby a selected number of additional, arbitrary tone
signals may be received in addition to the signals of said
access sequence without disabling production of said
corresponding sequence detecting signal,
said selected number of additional signals and the num-
ber of signals in said access sequence together equal-
ling the number of signals counted by said counter
means.
31. A control apparatus in accordance with claim 5,
further including
means for coupling said apparatus in parallel with a tele-
phone receiver
for permitting production of said sequence detection
signal and production of said control signal simulta-
neously with conversation over said telephone receiver.
32. A control apparatus in accordance with claim 5,
further including
decoupling means
responsive to a remotely located transmitter going off the
telephone line
for disconnecting the control apparatus from the tele-
phone line.
33. A control apparatus in accordance with claim 5,
further including
means for coupling said sequence detecting means to said
phone line in response to a predetermined number of ring
tones received on said phone line.
34. A control apparatus in accordance with claim 5,
wherein
said access sequence comprising said further predetermined
sequence of predetermined tone signals is a first access
sequence and,
said access limiting circuit means further comprises
a first access sequence detector
responsive only to said first access sequence,
a second access sequence detector
responsive only to a second access sequence compris-
ing
a different predetermined sequence of predetermined
tone signals, and
enabling circuit means
for normally enabling said first access sequence detec-
tor and disabling said second access sequence detec-
tor and
responsive to a predetermined number of sequences of
tone signals not corresponding to said first access
sequence
for disabling said first access sequence detector and
enabling said second access sequence detector.
35. A control apparatus in accordance with claim 5,
further including
switching means responsive to said control signal
for controlling a device; and
feedback means coupled to said switching means
for producing a verifying signal in response to the chang-
ing of said device from one operating state to another;
wherein said feedback means includes
gate means
coupled to answering circuit means and
responsive to said verifying signal for producing an
audible verification signal on said phone line.
36. A control apparatus in accordance with claim 5,
wherein
said access sequence comprising a further predetermined
sequence of predetermined tone signals is a first access

B2 4,596,900

| 11 | 12 |

said access limiting circuit means further comprises

access sequence detecting means responsive to a predetermined number of tone signals received on said phone line other than said first access sequence

for producing a disabling signal;

disabling means

coupled to said control apparatus

for preventing operation thereof in response to said disabling signal;

first access sequence detector

responsive only to said first access sequence,

a second access sequence detector

responsive only to a second access sequence comprising

a different predetermined sequence of predetermined tone signals, and

enabling circuit means

for normally enabling said first access sequence detector and disabling said second access sequence detector and

responsive to a predetermined number of sequences of tone signals not corresponding to said first access sequence

for disabling said first access sequence detector and enabling said second access sequence detector.

37. A control apparatus in accordance with claim 5, wherein

said access limiting circuit means further comprises

access limiting gating circuit means

for producing a gate signal in response to tone signals making up said access sequence,

wherein said counter means

produces a count signal upon counting a predetermined number of received tone signals greater in number than the number of tone signals in said access sequence, and

further including disabling circuit means

responsive to said count signal and said gate signal

for disabling production of said sequence detection signal when said access sequence is not present in said predetermined number of received tone signals;

whereby a selected number of additional, arbitrary tone signals may be received in addition to the signals of said access sequence without disabling production of said sequence detecting signal,

said selected number of additional signals and the number of signals in said access sequence together equalling the number of signals counted by said counter means.

38. A control apparatus in accordance with claim 7, further including

means for coupling said apparatus in parallel with a telephone receiver

for permitting production of said sequence detection signal and production of said control signal simultaneously with conversation over said telephone receiver.

39. A control apparatus in accordance with claim 7, further including

decoupling means

responsive to a remotely located transmitter going off the telephone line

for disconnecting the control apparatus from the telephone line.

40. A control apparatus in accordance with claim 7,

means for coupling said sequence detecting means to said phone line in response to a predetermined number of ring tones received on said phone line.

41. A control apparatus in accordance with claim 7, further including

switching means responsive to said control signal

for controlling a device; and

feedback means coupled to said switching means

for producing a verifying signal in response to the changing of said device from one operating state to another;

wherein said feedback means includes

gate means

coupled to answering circuit means and

responsive to said verifying signal for producing an audible verification signal on said phone line.

42. A control apparatus in accordance with claim 7, wherein

said access limiting circuit means further comprises

access sequence detecting means coupled to receive tone signals from said phone line,

and responsive to a predetermined number of tone signals received on said phone line other than said access sequence

for producing a disabling signal;

disabling means

coupled to said control apparatus

for preventing operation thereof in response to said disabling signal.

43. A control apparatus in accordance with claim 7, wherein

said access limiting circuit means further comprises

gating circuit means

for producing a gate signal in response to tone signals making up said access sequence,

counter means

for producing a count signal upon counting a predetermined number of received tone signals greater in number than the number of tone signals in said access sequence, and

disabling circuit means

responsive to said count signal and said gate signal for disabling production of said sequence detection signal when said access sequence is not present in said predetermined number of received tone signals;

whereby a selected number of additional, arbitrary tone signals may be received in addition to the signals of said access sequence without disabling production of said sequence detecting signal,

said selected number of additional signals and the number of signals in said access sequence together equalling the number of signals counted by said counter means.

44. A control apparatus in accordance with claim 10, further including

means for coupling said apparatus in parallel with a telephone receiver

for permitting production of said sequence detection signal and

production of said control signal simultaneously with conversation over said telephone receiver.

45. A control apparatus in accordance with claim 10, further including

decoupling means

responsive to a remotely located transmitter going off the

B2 4.596.900

**13**

for disconnecting the control apparatus from the telephone line.

46. A control apparatus in accordance with claim 10, further including

means for coupling said sequence detecting means to said phone line in response to a predetermined number of ring tones received on said phone line.

47. A control apparatus in accordance with claim 10, further including

access limiting means

coupled with said detecting means,

for preventing production of said sequence detection signal

until an access sequence comprising

a further predetermined sequence of predetermined tone signals is first received on said phone line;

wherein said access limiting means includes

access limiting gate means

coupled with said detecting means

for normally preventing response thereof to said tone signals, and

counter means

coupled to said access limiting gate means and responsive to said tone signals

for causing said access limiting gate means to enable operation of said detecting means following a predetermined number of tone signals received thereby.

48. A control apparatus in accordance with claim 10, further including

access limiting means coupled with said detecting means

for preventing production of said sequence detection signal

until an access sequence comprising

a further predetermined sequence of predetermined tone signals is first received on said phone line;

wherein said access limiting means further comprises

a first access sequence detector

responsive only to said access sequence,

a second access sequence detector

responsive only to a second access sequence comprising

a different predetermined sequence of predetermined tone signals, and

enabling circuit means

for normally enabling said first access sequence detector and disabling said second access sequence detector and

responsive to a predetermined number of sequences of tone signals not corresponding to said further predetermined sequence

for disabling said first access sequence detector and enabling said second access sequence detector.

49. A control apparatus in accordance with claim 10, further including

access limiting means comprising:

access sequence detecting means coupled to receive tone signals from said phone line,

and responsive to a predetermined number of tone signals received on said phone line other than a first access sequence comprising

a predetermined sequence of predetermined tone signals for producing a disabling signal;

disabling means

coupled to said control apparatus

for preventing operation thereof in response to said

**14**

wherein said access limiting means further comprises

first access sequence detector

responsive only to said first access sequence,

a second access sequence detector

responsive only to a second access sequence comprising

a different predetermined sequence of predetermined tone signals, and

enabling circuit means

for normally enabling said first access sequence detector and disabling said second access sequence detector and

responsive to a predetermined number of sequences of tone signals not corresponding to said first access sequence

for disabling said first access sequence detector and enabling said second access sequence detector.

50. A control apparatus in accordance with claim 10, further including

access limiting means coupled with said detecting means

for preventing production of said sequence detection signal

until an access sequence comprising

a further predetermined sequence of predetermined tone signals is first received on said phone line;

wherein said access limiting means comprises

gating circuit means

for producing a gate signal in response to tone signals making up said access sequence,

counter means

for producing a count signal upon counting a predetermined number of received tone signals greater in number than the number of tone signals in said access sequence, and

disabling circuit means

responsive to said count signal and said gate signal

for disabling production of said sequence detection signal when said access sequence is not present in said predetermined number of received tone signals;

whereby a selected number of additional, arbitrary tone signals may be received in addition to the signals of said access sequence without disabling production of said sequence detecting signal,

said selected number of additional signals and the number of signals in said access sequence together equalling the number of signals counted by said counter means.

51. An access limiting apparatus in accordance with claim 11, further including

means for coupling said access limiting apparatus in parallel with a telephone receiver

for permitting simultaneous operation of said access limiting apparatus and conversation over said telephone receiver.

52. An access limiting apparatus in accordance with claim 11, further including

decoupling means

responsive to a remotely located transmitter going off the telephone line

for disconnecting the access limiting apparatus from the telephone line.

53. An access limiting apparatus in accordance with claim 11, further including

means for coupling said access limiting apparatus to said phone line in response to a predetermined number of ring

B2 4.596.900

15

54. An access limiting apparatus in accordance with claim 11, further including

gating circuit means

for producing a gate signal in response to tone signals making up said access sequence, and

counter means

for producing a count signal upon counting a predetermined number of received tone signals greater in number than the number of tone signals in said access sequence, and

wherein said disabling means is

responsive to said count signal and said gate signal

for disabling operation of said control apparatus when said access sequence is not present in said predetermined number of received tone signals;

whereby a selected number of additional, arbitrary tone signals may be received in addition to the signals of said access sequence without disabling operation of said control apparatus,

said selected number of additional signals and the number of signals in said access sequence together equalling the number of signals counted by said counter means.

55. A control apparatus in accordance with claim 15, further including

means for coupling said apparatus in parallel with a telephone receiver

for permitting production of said sequence detection signal and production of said control signal simultaneously with conversation over said telephone receiver.

56. A control apparatus in accordance with claim 15, further including

decoupling means

responsive to a remotely located transmitter going off the telephone line

for disconnecting the control apparatus from the telephone line.

57. A control apparatus in accordance with claim 15, further including

means for coupling said sequence detecting means to said phone line in response to a predetermined number of ring tones received on said phone line.

58. A control apparatus in accordance with claim 15, further including

switching means responsive to said control signal

for controlling a device; and

feedback means coupled to said switching means

for producing a verifying signal in response to the changing of said device from one operating state to another;

wherein said feedback means includes

gate means

coupled to answering circuit means and

responsive to said verifying signal for producing an audible verification signal on said phone line.

59. A phone-line-linked, tone-operated control apparatus for remotely controlling various functions of at least one device, said apparatus comprising:

integrated circuit detecting means coupled to receive DTMF tone signals from said phone line,

for detecting at least one predetermined sequence of predetermined DTMF tone signals and

for producing a corresponding sequence detection signal;

integrated circuit control means responsive to said sequence detection signal

for producing a corresponding control signal;

16

wherein said detecting means comprises

first integrated circuit detecting means

for producing a first detection signal in response to the reception of a first predetermined sequence of predetermined DTMF tone signals and

second integrated circuit detecting means

for producing a second detection signal in response to the reception of a second predetermined sequence of predetermined DTMF tone signals;

wherein said control means is

responsive to said first detection signal for producing a corresponding first control signal and

responsive to said second detection signal for producing a corresponding second control signal;

wherein said control means comprises

integrated circuit dual state means

for producing only one of said first control signal and said second control signal at a time; and

wherein said first and said second integrated circuit detecting means further include

integrated circuit gating means

coupled in circuit

for disabling production of said first and said second detection signals respectively

in response to said second control signal and said first control signal, respectively,

whereby said apparatus cannot produce said first detection signal and said second detection signal at the same time.

60. A control apparatus in accordance with claim 59 wherein said detecting means comprises

integrated circuit tone decoding means

responsive to said DTMF tone signals

for producing digitally encoded signals corresponding in a predetermined fashion to said DTMF tone signals; and

integrated circuit digital decoding means

responsive to predetermined ones of said digitally encoded signals occurring in a predetermined sequence for producing said correspoinding sequence detection signal.

61. A control apparatus in accordance with claim 59 and further including

integrated circuit means for coupling said apparatus in parallel with a telephone receiver

for permitting production of said sequence detection signal and production of said control signal simultaneously with conversation over said telephone receiver.

62. A control apparatus in accordance with claim 59 and further including

integrated circuit decoupling means

responsive to a remotely located transmitter going off the telephone line

for disconnecting the control apparatus from the telephone line.

63. A control apparatus in accordance with claim 59 and further including

integrated circuit means for coupling said sequence detecting means to said phone line in response to a predetermined number of ring tones received on said phone line.

64. A control apparatus in accordance with claim 59, further including

integrated circuit access limiting means

coupled with said detecting means,

B2 4,596,900

## 17

for preventing production of said sequence detection
signal until an access sequence comprising
a further predetermined sequence of predetermined
DTMF tone signals is first received on said phone
line;
wherein said access limiting means includes
integrated circuit access limiting gate means
coupled with said detecting means
for normally preventing response thereof to said DTMF
tone signals, and
integrated circuit counter means
coupled to said access limiting gate means and
responsive to said DTMF tone signals
for causing said access limiting gate means to enable
operation of said detecting means following a pre-
determined number of DTMF tone signals received
thereby.
65. A control apparatus in accordance with claim 59,
further including
integrated circuit access limiting means coupled with said
detecting means
for preventing production of said sequence detection
signal
until an access sequence comprising
a further predetermined sequence of predetermined
DTMF tone signals is first received on said phone
line;
wherein said access limiting means further comprises
a first access sequence detector
responsive only to said access sequence,
a second access sequence detector
responsive only to a second access sequence compris-
ing
a different predetermined sequence of predetermined
DTMF tone signals, and
integrated circuit enabling circuit means
for normally enabling said first access sequence detec-
tor and disabling said second access sequence detec-
tor and
responsive to a predetermined number of sequences of
DTMF tone signals not corresponding to said access
sequence
for disabling said first access sequence detector and
enabling said second access sequence detector.
66. A control apparatus in accordance with claim 59,
further including
integrated circuit switching means responsive to said con-
trol signal
for controlling said device; and
integrated circuit feedback means coupled to said switching
means
for producing a verifying signal in response to the chang-
ing of said device from one operating state to another;
wherein said feedback means includes
integrated circuit gate means
coupled to integrated circuit answering circuit means
and
responsive to said verifying signal for producing an
audible verification signal on said phone line.
67. A control apparatus in accordance with claim 59,
further including
integrated circuit access limiting means comprising:
integrated circuit access sequence detecting means coupled
to receive DTMF tone signals from said phone line,
and responsive to a predetermined number of DTMF tone
signals received on said phone line other than a first

## 18

a predetermined sequence of predetermined DTMF
tone signals for producing a disabling signal;
integrated circuit disabling means
coupled to said control apparatus
for preventing operation thereof in response to said
disabling signal;
wherein said access limiting means further comprises
a first access sequence detector
responsive only to said first access sequence,
a second access sequence detector
responsive only to a second access sequence compris-
ing
a different predetermined sequence of predetermined
DTMF tone signals, and
integrated circuit enabling circuit means
for normally enabling said first access sequence detec-
tor and disabling said second access sequence detec-
tor and
responsive to a predetermined number of sequences of
DTMF tone signals not corresponding to said first
access sequence
for disabling said first access sequence detector and
enabling said second access sequence detector.
68. A control apparatus in accordance with claim 59,
further including
integrated circuit access limiting means coupled with said
detecting means
for preventing production of said sequence detection
signal
until an access sequence comprising
a further predetermined sequence of predetermined
DTMF tone signals is first received on said phone
line;
wherein said access limiting means comprises
integrated circuit gating circuit means
for producing a gate signal in response to DTMF tone
signals making up said access sequence
integrated circuit counter means
for producing a count signal upon counting a prede-
termined number of received DTMF tone signals
greater in number than the number of DTMF tone
signals in said access sequence, and
integrated circuit disabling circuit means
responsive to said count signal and said gate signal
for disabling production of said sequence detection
signal when said access sequence is not present in
said predetermined number of received DTMF tone
signals;
whereby a selected number of additional, arbitrary DTMF
tone signals may be received in addition to the signals of
said access sequence without disabling production of said
sequence detecting signal,
said selected number of additional signals and the number
of signals in said access sequence together equalling the
number of signals counted by said counter means.
69. A phone-line-linked, tone-operated control apparatus
for remotely and selectively controlling a plurality of
operations, said operations being bistable by having only
two mutually-exclusive stable operating conditions, said
apparatus comprising:
integrated circuit detecting means coupled to receive a
plurality of DTMF tone signals from said phone line,
for detecting at least one predetermined sequence of
predetermined DTMF tone signals and
for producing a corresponding sequence detection signal;

B2 4,596,900

19

integrated circuit control means responsive to said sequence
detection signal for producing a corresponding control
signal;
wherein said detecting means comprises
integrated circuit tone decoding means
for converting each received one of said plurality of
DTMF tone signals into an encoded multiple-bit
digital signal, with each said encoded multiple-bit
digital signal having a total number of bits substan-
tially less than the total number of DTMF tone
signals in said plurality of DTMF tone signals,
integrated circuit logic gate means
coupled to receive said encoded multiple-bit digital
signals and
responsive to said encoded multiple-bit digital signals
of predetermined logic content for producing gated
output signals, and
integrated circuit sequence detecting means
coupled to said logic gate means
for producing said corresponding sequence detection
signal in response to production of said gated output
signals in a predetermined sequence; and
wherein said control means comprises
integrated circuit flip-flop means associated with each
said bistable operation, with said flip-flop means
producing first state and second state output signals for
each said bistable operation,
said first state output signal corresponding to one of
said mutually-exclusive operating conditions, and
said second state output signal corresponding to
the other of said mutually-exclusive operating
conditions, and
wherein said flip-flop means
is responsive to a sequence detection signal selec-
tively associated with one of said conditions of
fewer than all of said bistable operations
for changing from said first state output signal to
said second state output signal for said fewer
than all of said bistable operations and
is responsive to a different sequence detection signal
selectively associated with the other one of said
conditions of fewer than all of said bistable opera-
tions
for changing from said second state output signal
to said first state output signal for said fewer
than all of said bistable operations, and
maintaining the state of said flip-flop means until and
if and only if said flip-flop means responds to a
sequence detection signal selectively associated with
the other of said conditions of fewer than all of said
bistable operations,
said first and second state output signals comprising
said control signal.
70. A control apparatus in accordance with claim 69
wherein said detecting means includes
integrated circuit means for detecting at least two prede-
termined sequences of predetermined DTMF tone sig-
nals and producing corresponding sequence detection
signals;
wherein said control means is responsive to each said
sequence detection signal for changing state; and
further including
integrated circuit gating means
coupled with said control means and with said
sequence detecting means
for preventing reception of one of said corresponding
sequence detection signal at said control means in

20

thereby preventing said control means from changing
state in response to consecutive repetition of the
same corresponding sequence detection signal.
71. A control apparatus in accordance with claim 69,
further including
integrated circuit means for coupling said apparatus in
parallel with a telephone receiver
for permitting production of said corresponding sequence
detection signal and production of said control signal
simultaneously with conversation over said telephone
receiver.
72. A control apparatus in accordance with claim 69,
further including
integrated circuit decoupling means
responsive to a remotely located transmitter going off the
telephone line
for disconnecting the control apparatus from the tele-
phone line.
73. A control apparatus in accordance with claim 69,
further including
integrated circuit means for coupling said sequence detect-
ing means to said phone line in response to a predeter-
mined number of ring tones received on said phone line.
74. A control apparatus in accordance with claim 69,
further including
integrated circuit access limiting means
coupled with said detecting means,
for preventing production of said corresponding sequence
detection signal
until an access sequence comprising
a further predetermined sequence of predetermined
DTMF tone signals is first received on said phone
line;
wherein said access limiting means includes
integrated circuit gate means
coupled with said detecting means
for normally preventing response thereof to said DTMF
tone signals, and
integrated circuit counter means
coupled to said gate means and responsive to said
DTMF tone signals
for causing said gate means to enable operation of said
detecting means following a predetermined number
of DTMF tone signals received thereby.
75. A control apparatus in accordance with claim 69,
further including
integrated circuit access limiting means coupled with said
detecting means
for preventing production of said corresponding sequence
detection signal
until an access sequence comprising
a further predetermined sequence of predetermined
DTMF tone signals is first received on said phone
line;
wherein said access limiting means further comprises
a first access sequence detector
responsive only to said access sequence,
a second access sequence detector
responsive only to a second access sequence compris-
ing
a different predetermined sequence of predetermined
DTMF tone signals, and
integrated circuit access enabling means
for normally enabling said first access sequence detec-
tor and disabling said second access sequence detec-

B2 4,596.900

21

responsive to a predetermined number of sequences of
DTMF tone signals not corresponding to said further
predetermined sequence

for disabling said first access sequence detector and
enabling said second access sequence detector.

76. A control apparatus in accordance with claim 69,
further including
integrated circuit switching means responsive to said con-
trol signal

for controlling a device; and
integrated circuit feedback means coupled to said switching
means

for producing a verifying signal in response to the chang-
ing of said device from one operating state to another;
wherein said feedback means includes

integrated circuit gate means
coupled to integrated circuit answering circuit means
and
responsive to said verifying signal for producing an
audible verification signal on said phone line.

77. A control apparatus in accordance with claim 69,
further including
integrated circuit access limiting means comprising:
integrated circuit access sequence detecting means coupled
to receive DTMF tone signals from said phone line,

and responsive to a predetermined number of DTMF tone
signals received on said phone line other than a first
access sequence comprising

a predetermined sequence of predetermined DTMF
tone signals for producing a disabling signal;
integrated circuit disabling means

coupled to said control apparatus

for preventing operation thereof in response to said
disabling signal;
wherein said access limiting means further comprises

a first access sequence detector
responsive only to said first access sequence,

a second access sequence detector
responsive only to a second access sequence compris-
ing
a different predetermined sequence of predetermined
DTMF tone signals, and

integrated circuit enabling circuit means
for normally enabling said first access sequence detec-
tor and disabling said second access sequence detec-
tor and

responsive to a predetermined number of sequences of
DTMF tone signals not corresponding to said first
access sequence

for disabling said first access sequence detector and
enabling said second access sequence detector.

78. A control apparatus in accordance with claim 69,
further including
integrated circuit access limiting means coupled with said
detecting means

for preventing production of said corresponding sequence
detection signal

until an access sequence comprising
a further predetermined sequence of predetermined
DTMF tone signals is first received on said phone
line;
wherein said access limiting means comprises

integrated circuit access gating circuit means
for producing a gate signal in response to DTMF tone

22

integrated circuit counter means
for producing a count signal upon counting a prede-
termined number of received DTMF tone signals
greater in number than the number of DTMF tone
signals in said access sequence, and

integrated circuit disabling circuit means
responsive to said count signal and said gate signal for
disabling production of said corresponding sequence
detection signal when said access sequence is not
present in said predetermined number of received
DTMF tone signals;
whereby a selected number of additional, arbitrary DTMF
tone signals may be received in addition to the signals of
said access sequence without disabling production of said
corresponding sequence detecting signal,

said selected number of additional signals and the num-
ber of signals in said access sequence together equal-
ling the number of signals counted by said counter
means.

79. A phone-line-linked, tone-operated control apparatus
comprising:
integrated circuit detecting means coupled to receive DTMF
tone signals from said phone line,

for detecting at least one predetermined sequence of
predetermined DTMF tone signals and

for producing a corresponding sequence detection signal;
integrated circuit control means responsive to said sequence
detection signal

for producing a corresponding control signal;
integrated circuit access limiting circuit means
coupled with said detecting means,

for preventing production of said sequence detection
signal

until an access sequence comprising
a further predetermined sequence of predetermined
DTMF tone signals is first received on said phone
line;
wherein said access limiting circuit means includes

integrated circuit gate means
coupled with said detecting means
for normally preventing response thereof to said DTMF
tone signals, and

integrated circuit counter means
coupled to said gate means and responsive to said
DTMF tone signals

for causing said gate means to enable operation of said
detecting means following a predetermined number
of DTMF tone signals received thereby.

80. A control apparatus in accordance with claim 79
wherein
said access limiting means further includes

integrated circuit access sequence detecting means
responsive to a predetermined number of DTMF tone
signals consecutively received on said phone line
other than said access sequence

of producing a disabling signal; and
integrated circuit disabling means
coupled to said detecting means

for preventing production of said sequence detection
signal in response to said disabling signal.

80. A control apparatus according to claim 80 and further
including
integrated circuit gate means
coupled to integrated circuit answering means and

B2 4,596,900

23

for causing said answering means to disconnect said detecting means from said phone line.

82. A control apparatus in accordance with claim 79 and further including

integrated circuit access sequence detecting means

for producing a disabling signal in response to a predetermined number of DTMF tone signals not comprising said access sequence and

integrated circuit gate means

for disconnecting said detecting means from said phone line in response to said disabling signal.

83. A control apparatus in accordance with claim 79, further including

integrated circuit means for coupling said apparatus in parallel with a telephone receiver

for permitting production of said sequence detection signal and production of said control signal simultaneously with conversation over said telephone receiver.

84. A control apparatus in accordance with claim 79, further including

integrated circuit decoupling means

responsive to a remotely located transmitter going off the telephone line

for disconnecting the control apparatus from the telephone line.

85. A control apparatus in accordance with claim 79, further including

integrated circuit means for coupling said sequence detecting means to said phone line in response to a predetermined number of ring tones received on said phone line.

86. A control apparatus in accordance with claim 79, wherein

said access sequence comprising said further predetermined sequence of predetermined DTMF tone signals is a first access sequence and,

said access limiting circuit means further comprises

a first access sequence detector

responsive only to said first access sequence,

a second access sequence detector

responsive only to a second access sequence comprising

a different predetermined sequence of predetermined DTMF tone signals, and

integrated circuit enabling circuit means

for normally enabling said first access sequence detector and disabling said second access sequence detector and

responsive to a predetermined number of sequences of DTMF tone signals not corresponding to said first access sequence

for disabling said first access sequence detector and enabling said second access sequence detector.

87. A control apparatus in accordance with claim 79, further including

integrated circuit switching means responsive to said control signal

for controlling a device; and

integrated circuit feedback means coupled to said switching means

for producing a verifying signal in response to the changing of said device from one operating state to another; wherein said feedback means includes

integrated circuit gate means

coupled to integrated circuit answering circuit means

24

responsive to said verifying signal for producing an audible verification signal on said phone line.

88. A control apparatus in accordance with claim 79, wherein

said access sequence comprising a further predetermined sequence of predetermined DTMF tone signals is a first access sequence and

said access limiting circuit means further comprises

integrated circuit access sequence detecting means responsive to a predetermined number of DTMF tone signals received on said phone line other than said first access sequence

for producing a disabling signal;

integrated circuit disabling means

coupled to said control apparatus

for preventing operation thereof in response to said disabling signal;

a first access sequence detector

responsive only to said first access sequence,

a second access sequence detector

responsive only to a second access sequence comprising a different predetermined sequence of predetermined DTMF tone signals, and

integrated circuit enabling circuit means

for normally enabling said first access sequence detector and disabling said second access sequence detector and

responsive to a predetermined number of sequences of DTMF tone signals not corresponding to said first access sequence

for disabling said first access sequence detector and enabling said second access sequence detector.

89. A control apparatus in accordance with claim 79, wherein

said access limiting circuit means further comprises

integrated circuit access limiting gating circuit means

for producing a gate signal in response to DTMF tone signals making up said access sequence,

wherein said counter means

produces a count signal upon counting a predetermined number of received DTMF tone signals greater in number than the number of DTMF tone signals in said access sequence, and

further including integrated circuit disabling circuit means

responsive to said count signal and said gate signal

for disabling production of said sequence detection signal when said access sequence is not present in said predetermined number of received DTMF tone signals;

whereby a selected number of additional, arbitrary DTMF tone signals may be received in addition to the signals of said access sequence without disabling production of said sequence detecting signal,

said selected number of additional signals and the number of signals in said access sequence together equalling the number of signals counted by said counter means.

90. A phone-line-linked, tone-operated control apparatus comprising:

integrated circuit detecting means coupled to receive DTMF tone signals from said phone line,

for detecting at least one predetermined sequence of predetermined DTMF tone signals and

B2 4,596,900

25

integrated circuit control means responsive to said sequence
detection signal

for producing a corresponding control signal; and

integrated circuit access limiting circuit means coupled with
said detecting means

for preventing production of said sequence detection
signal

until an access sequence comprising

a further predetermined sequence of predetermined
DTMF tone signals is first received on said phone
line;

wherein said access limiting circuit means further comprises

a first access sequence detector

responsive only to said access sequence,

a second access sequence detector

responsive only to a second access sequence compris-
ing

a different predetermined sequence of predetermined
DTMF tone signals, and

integrated circuit enabling circuit means

for normally enabling said first access sequence detec-
tor and disabling said second access sequence detec-
tor and

responsive to a predetermined number of sequences of
DTMF tone signals not corresponding to said further
predetermined sequence

for disabling said first access sequence detector and
enabling said second access sequence detector.

91. A control apparatus in accordance with claim 90,
further including

integrated circuit means for coupling said apparatus in
parallel with a telephone receiver

for permitting production of said sequence detection
signal and production of said control signal simulta-
neously with conversation over said telephone receiver.

92. A control apparatus in accordance with claim 90,
further including

integrated circuit decoupling means

responsive to a remotely located transmitter going off the
telephone line

for disconnecting the control apparatus from the tele-
phone line.

93. A control apparatus in accordance with claim 90,
further including

integrated circuit means for coupling said sequence detect-
ing means to said phone line in response to a predeter-
mined number of ring DTMF tones received on said
phone line.

94. A control apparatus in accordance with claim 90,
further including

integrated circuit switching means responsive to said con-
trol signal

for controlling a device; and

integrated circuit feedback means coupled to said switching
means

for producing a verifying sisal in response to the changing
of said device from one operating state to another;

wherein said feedback means includes

integrated circuit gate means

coupled to integrated circuit answering circuit means
and

responsive to said verifying signal for producing an
audible verification signal on said phone line.

95. A control apparatus in accordance with claim 90,

26

said access limiting circuit means further comprises

integrated circuit access sequence detecting means coupled
to receive DTMF tone signals from said phone line,

and responsive to a predetermined number of DTMF tone
signals received on said phone line other than said
access sequence

for producing a disabling signal;

integrated circuit disabling means

coupled to said control apparatus

for preventing operation thereof in response to said
disabling signal.

96. A control apparatus in accordance with claim 90,
wherein

said access limiting circuit means further comprises

integrated circuit gating circuit means

for producing a gate signal in response to DTMF tone
signals making up said access sequence,

integrated circuit counter means

for producing a count signal upon counting a prede-
termined number of received DTMF tone signals
greater in number than the number of DTMF tone
signals in said access sequence, and

integrated circuit disabling circuit means

responsive to said count signal and said gate signal

for disabling production of said sequence detection
signal when said access sequence is not present in
said predetermined number of received DTMF tone
signals;

whereby a selected number of additional, arbitrary DTMF
tone signals may be received in addition to the signals of
said access sequence without disabling production of said
sequence detecting signal,

said selected number of additional signals and the num-
ber of signals in said access sequence together equal-
ling the number of signals counted by said counter
means.

97. A phone-line-linked, tone-operated control apparatus
comprising:

integrated circuit detecting means coupled to receive DTMF
tone signals from said phone line,

for detecting at least one predetermined sequence of
predetermined DTMF tone signals and

for producing a corresponding sequence detection signal;

integrated circuit control means responsive to said sequence
detection signal

for producing a corresponding control signal;

integrated circuit switching means responsive to said con-
trol signal

for activating a given instrument under control; and

integrated circuit feedback means coupled to said switching
means

for producing a verifying signal in response to operation
of said switching means

for activating said instrument under control;

wherein said feedback means includes

integrated circuit gate means

coupled with integrated circuit answering circuit
means and

responsive to said verifying signal for momentarily
decoupling said answering circuit means from said
phone line and

thereby producing an audible signal.

98. A control apparatus in accordance with claim 97,
further including

integrated circuit means for coupling said apparatus in

27

for permitting production of said sequence detection signal and production of said control signal simultaneously with conversation over said telephone receiver.

99. A control apparatus in accordance with claim 97, further including

integrated circuit decoupling means

responsive to a remotely located transmitter going off the telephone line

for disconnecting the control apparatus from the telephone line.

100. A control apparatus in accordance with claim 97, further including

integrated circuit means for coupling said sequence detecting means to said phone line in response to a predetermined number of ring DTMF tones received on said phone line.

101. A control apparatus in accordance with claim 97, further including

integrated circuit access limiting means

coupled with said detecting means,

for preventing production of said sequence detection signal

until an access sequence comprising

a further predetermined sequence of predetermined DTMF tone signals is first received on said phone line;

wherein said access limiting means includes

integrated circuit access limiting gate means

coupled with said detecting means

for normally preventing response thereof to said DTMF tone signals, and

integrated circuit counter means

coupled to said access limiting gate means and responsive to said DTMF tone signals

for causing said access limiting gate means to enable operation of said detecting means following a predetermined number of DTMF tone signals received thereby.

102. A control apparatus in accordance with claim 97, further including

integrated circuit access limiting means coupled with said detecting means

for preventing production of said sequence detection signal

until an access sequence comprising

a further predetermined sequence of predetermined DTMF tone signals is first received on said phone line;

wherein said access limiting means further comprises

a first access sequence detector

responsive only to said access sequence,

a second access sequence detector

responsive only to a second access sequence comprising

a different predetermined sequence of predetermined DTMF tone signals, and

integrated circuit enabling circuit means

for normally enabling said first access sequence detector and disabling said second access sequence detector and

responsive to a predetermined number of sequences of DTMF tone signals not corresponding to said further predetermined sequence

for disabling said first access sequence detector and

28

103. A control apparatus in accordance with claim 97, further including

integrated circuit access limiting means comprising:

integrated circuit access sequence detecting means coupled to receive DTMF tone signals from said phone line,

and responsive to a predetermined number of DTMF tone signals received on said phone line other than a first access sequence comprising

a predetermined sequence of predetermined DTMF tone signals for producing a disabling signal;

integrated circuit disabling means

coupled to said control apparatus

for preventing operation thereof in response to said disabling signal;

wherein said access limiting means further comprises

a first access sequence detector

responsive only to said first access sequence,

a second access sequence detector

responsive only to a second access sequence comprising

a different predetermined sequence of predetermined DTMF tone signals, and

integrated circuit enabling circuit means

for normally enabling said first access sequence detector and disabling said second access sequence detector and

responsive to a predetermined number of sequences of DTMF tone signals not corresponding to said first access sequence

for disabling said first access sequence detector and enabling said second access sequence detector.

104. A control apparatus in accordance with claim 97, further including

integrated circuit access limiting means coupled with said detecting means

for preventing production of said sequence detecting signal

until an access sequence comprising

a further predetermined sequence of predetermined DTMF tone signals is first received on said phone line;

wherein said access limiting means comprises

integrated circuit gating circuit means

for producing a gate signal in response to DTMF tone signals making up said access sequence,

integrated circuit counter means

for producing a count signal upon counting a predetermined number of received DTMF tone signals greater in number than the number of DTMF tone signals in said access sequence, and

integrated circuit disabling circuit means

responsive to said count signal and said gate signal

for disabling production of said sequence detection signal when said access sequence is not present in said predetermined number of received DTMF tone signals;

whereby a selected number of additional, arbitrary DTMF tone signals may be received in addition to the signals of said access sequence without disabling production of said sequence detecting signal,

said selected number of additional signals and the number of signals in said access sequence together equalling the number of signals counted by said counter means.

105. An access limiting apparatus for use with a phoneline-linked, tone-operated control apparatus and compris-

B2 4,596,900

29

integrated circuit access sequence detecting means coupled
to receive DTMF tone signals from said phone line,
and responsive to a predetermined number of DTMF tone
signals received on said phone line other than an
access sequence comprising a predetermined sequence
of predetermined DTMF tone signals
for producing a disabling signal;
integrated circuit disabling means
coupled to said control apparatus
for preventing operation thereof in response to said
disabling signal;
wherein said access limiting apparatus further comprises
a first access sequence detector
responsive only to said access sequence,
a second access sequence detector
responsive only to a second access sequence compris-
ing
a different predetermined sequence of predetermined
DTMF tone signals, and
integrated circuit enabling circuit means
for normally enabling said first access sequence detec-
tor and disabling said second access sequence detec-
tor and
responsive to a predetermined number of sequences of
DTMF tone signals not corresponding to said access
sequence
for disabling said first access sequence detector and
enabling said second access sequence detector.
106. An access limiting apparatus in accordance with
claim 105 and further including
integrated circuit answering means
for normally coupling said control apparatus to said
phone line in response to a predetermined number of
ring tones received on said phone line; and
integrated circuit gate means
for disconnecting said control apparatus from said phone
line in response to said disabling signal.
107. An access limiting apparatus according to claim 105
and further including
integrated circuit answering means
coupled to said phone line and
responsive to a predetermined number of ring tones
received on said phone line for coupling said control
apparatus to said phone line; and
integrated circuit gate means
coupled to said answering means and
responsive to said disabling signal for causing said
answering means to disconnect said control apparatus
from said phone line.
108. An access limiting apparatus in accordance with
claim 105, further including
integrated circuit means for coupling said access limiting
apparatus in parallel with a telephone receiver
for permitting simultaneous operation of said access limit-
ing apparatus and conversation over said telephone
receiver.
109. An access limiting apparatus in accordance with
claim 105, further including
integrated circuit decoupling means
responsive to a remotely located transmitter going off the
telephone line
for disconnecting the access limiting apparatus from the
telephone line.
110. An access limiting apparatus in accordance with

30

integrated circuit means for coupling said access limiting
apparatus to said phone line in response to a predeter-
mined number of ring tones received on said phone line.
111. An access limiting apparatus in accordance with
claim 105, further including,
integrated circuit gating circuit means
for producing a gate signal in response to DTMF tone
signals making up said access sequence, and
integrated circuit counter means
for producing a count signal upon counting a predeter-
mined number of received DTMF tone signals greater
in number than the number of DTMF tone signals in
said access sequence, and
wherein said disabling circuit means is
responsive to said count signal and said gate signal
for disabling operation of said control apparatus when
said access sequence is not present in said predeter-
mined number of received DTMF tone signals;
whereby a selected number of additional, arbitrary DTMF
tone signals may be received in addition to the signals of
said access sequence without disabling operation of said
control apparatus,
said selected number of additional signals and the num-
ber of signals in said access sequence together equal-
ling the number of signals counted by said counter
means.
112. A phone-line-linked, tone-operated control appara-
tus comprising:
integrated circuit detecting means coupled to receive DTMF
tone signals from said phone line,
for detecting at least one predetermined sequence of
predetermined DTMF tone signals and
for producing a corresponding sequence detection signal;
integrated circuit control means responsive to said sequence
detection signal
for producing a corresponding control signal; and
integrated circuit access limiting circuit means coupled with
said detecting means
for preventing production of said sequence detection
signal
until an access sequence comprising
a further predetermined sequence of predetermined
DTMF tone signals is first received on said phone
line;
wherein said access limiting circuit means comprises
integrated circuit gating circuit means
for producing a gate signal in response to DTMF tone
signals making up said access sequence,
integrated circuit counter means
for producing a count signal upon counting a prede-
termined number of received DTMF tone signals
greater in number than the number of DTMF tone
signals in said access sequence, and
integrated circuit disabling circuit means
responsive to said count signal and said gate signal
for disabling production of said sequence detection
signal when said access sequence is not present in
said predetermined number of received DTMF tone
signals;
whereby a selected number of additional, arbitrary DTMF
tone signals may be received in addition to the signals of
said access sequence without disabling production of said
sequence detecting signal,
said selected number of additional signals and the num-
ber of signals in said access sequence together equal-
ling the number of signals counted by said counter

B2 4,596,900

31

113. A control apparatus in accordance with claim 112, further including

integrated circuit means for coupling said apparatus in parallel with a telephone receiver

for permitting production of said sequence detection signal and production of said control signal simultaneously with conversation over said telephone receiver.

114. A control apparatus in accordance with claim 112, further including

integrated circuit decoupling means

responsive to a remotely located transmitter going off the telephone line

for disconnecting the control apparatus from the telephone line.

115. A control apparatus in accordance with claim 112, further including

integrated circuit means for coupling said sequence detecting means to said phone line in response to a predetermined number of ring tones received on said phone line.

32

116. A control apparatus in accordance with claim 112, further including

integrated circuit switching means responsive to said control signal

for controlling a device; and

integrated circuit feedback means coupled to said switching means

for producing a verifying signal in response to the changing of said device from one operating state to another;

wherein said feedback means includes

integrated circuit gate means

coupled to integrated circuit answering circuit means and

responsive to said verifying signal for producing an audible verification signal on said phone line.

•  •  •  •  •

Civil Cover Sheet                                    http://www.ilnd.uscourts.gov/PUBLIC/Forms/auto_js44.cf

#1

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

JUN 2 0 2002

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s): Philip S. Jackson**

**Defendant(s):AT&T Wireless Services, Inc., Conair Corporation, Nextel Communications, Inc., Sprint Corporation, TDS Telecom Service Corporation, United States Cellular Corporation, Verizon Wireless Services, LLC, Voicestream Wireless Corporation**

County of Residence:

Plaintiff's Atty:  Raymond P. Niro
Niro, Scavone, Haller & Niro
181 W. Madison Street, Suite
4600, Chicago, IL 60602
(312) 236-0733

County of Residence:

Defendant's Atty:

# 02C 4411

JUDGE MORAN

MAGISTRATE JUDGE KEYS

II. Basis of Jurisdiction:     **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal
Parties **(Diversity Cases Only)**
        Plaintiff:-**N/A**
        Defendant:-**N/A**

IV. Origin :            **1. Original Proceeding**

V. Nature of Suit:      **830 Patent**

VI.Cause of Action:     **Title 35, United States Code, Section 271, patent infringement**

VII. Requested in Complaint
        Class Action:
        Dollar Demand:
        Jury Demand:**Yes**

VIII. This case **IS NOT** a refiling of a previously dismissed case.

Signature:

Date:  6/19/02

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.**            Revised: 06/28/00

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

### Eastern Division

In the Matter of

Philip S. Jackson,
v.

AT&T Wireless Services, Inc., Conair Corporation, Nextel
Communications, Inc., Sprint Corporation, TDS Telecom
Service Corporation, United States Cellular Corp., et al.

**DOCKETED**

**JUN 2 0 2002**

Case Number:

# 02C 4411

*JUDGE MORAN*

*MAGISTRATE JUDGE KEYS*

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Philip S. Jackson

| (A) | | | (B) | | |
|---|---|---|---|---|---|
| SIGNATURE | | | SIGNATURE | | |
| NAME Raymond P. Niro | | | NAME Dean D. Niro | | |
| FIRM Niro, Scavone, Haller & Niro | | | FIRM Niro, Scavone, Haller & Niro | | |
| STREET ADDRESS 181 W. Madison Street, Suite 4600 | | | STREET ADDRESS 181 W. Madison Street, Suite 4600 | | |
| CITY/STATE/ZIP Chicago, IL 60602 | | | CITY/STATE/ZIP Chicago, IL 60602 | | |
| TELEPHONE NUMBER (312) 236-0733 | | | TELEPHONE NUMBER (312) 236-0733 | | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 2054930 | | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 06208064 | | |
| MEMBER OF TRIAL BAR? | YES ✔ | NO | MEMBER OF TRIAL BAR? | YES | NO ✔ |
| TRIAL ATTORNEY? | YES ✔ | NO | TRIAL ATTORNEY? | YES ✔ | NO |
| | | | DESIGNATED AS LOCAL COUNSEL? | YES | NO ✔ |

| (C) | | | (D) | | |
|---|---|---|---|---|---|
| SIGNATURE | | | SIGNATURE | | |
| NAME Robert P. Greenspoon | | | NAME | | |
| FIRM Niro, Scavone, Haller & Niro | | | FIRM | | |
| STREET ADDRESS 181 W. Madison Street, Suite 4600 | | | STREET ADDRESS | | |
| CITY/STATE/ZIP Chicago, IL 60602 | | | CITY/STATE/ZIP | | |
| TELEPHONE NUMBER (312) 236-0733 | | | TELEPHONE NUMBER | | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 06229357 | | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | |
| MEMBER OF TRIAL BAR? | YES | NO ✔ | MEMBER OF TRIAL BAR? | YES | NO |
| TRIAL ATTORNEY? | YES ✔ | NO | TRIAL ATTORNEY? | YES | NO |
| DESIGNATED AS LOCAL COUNSEL? | YES | NO ✔ | DESIGNATED AS LOCAL COUNSEL? | YES | NO |

1-3