# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 4411 | **DATE** | 8/2/2002 |
| **CASE TITLE** | Philip S. Jackson vs. AT & T Wireless Services, Inc. etal | | |

**MOTION:**

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry]  Enter Memorandum Opinion and Order. Glenayre Electronics, Inc.(Glenayre) has moved to intervene and to enjoin plaintiff's suit against customers for their use of Glenayre equipment. We grant both motions and enter and continue its petition for costs.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | | **Document Number** |
|---|---|---|---|---|---|
| | No notices required. | | number of notices | | |
| | Notices mailed by judge's staff. | | | | |
| | Notified counsel by telephone. | | AUG 06 2002 | | |
| ✓ | Docketing to mail notices. | | date docketed | | **22** |
| | Mail AO 450 form. | | docketing deputy initials | | |
| | Copy to judge/magistrate judge. | | | | |
| WAH | courtroom deputy's initials | | date mailed notice | | |

Date/time received in central Clerk's Office



DOCKETED

AUG 6 2002

PHILIP S. JACKSON, )
)
        Plaintiff, )
)
        vs. )   No. 02 C 4411
)
AT&T WIRELESS SERVICES, INC., )
et al., )
)
        Defendants. )

## MEMORANDUM OPINION AND ORDER

Glenayre Electronics, Inc. (Glenayre) has moved to intervene and to enjoin plaintiff's suit against customers for their use of Glenayre equipment. We grant both motions and enter and continue its petition for costs.

The motion to intervene is largely for the purpose of having standing to seek injunctive relief, and plaintiff does not, apparently, have any objection to that. The motion to enjoin arises from the order Judge Leinenweber entered on May 31, 2002, in case no. 02 C 256. We agree with Glenayre that Judge Leinenweber ruled that no customer suits should go forward until the infringement issues before him had been determined. To the extent plaintiff has claims of infringement for the use of equipment or components not supplied by Glenayre, he can proceed.

                                                  JAMES B. MORAN
                                         Senior Judge, U. S. District Court

_____ Aug. 2 , 2002.