# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 4411 | **DATE** | 9/10/2002 |
| **CASE TITLE** | Jackson vs. AT&T Wireless | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due _____. Reply to answer brief due _____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Agreed Order of Dismissal. The claims of Mr. Jackson against defendant Conair Corporation and all counterclaims of Conair Corporation against Mr. Jackson are dismissed with prejudice. All of Mr. Jackson's rights as to the remaining defendants are expressly reserved. Each party shall bear its own attorneys fees and costs.
(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | **Document Number** |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | SEP 11 2002 | |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | | 41 |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| | TH ✓ | courtroom deputy's initials | date mailed notice | |
| | | | Date/time received in central Clerk's Office | mailing deputy initials |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PHILIP S. JACKSON,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T WIRELESS SERVICES, INC., CONAIR CORPORATION, NEXTEL COMMUNICATIONS, INC., SPRINT CORPORATION, TDS TELECOM SERVICE CORPORATION, UNITED STATES CELLULAR CORPORATION, VERIZON WIRELESS SERVICES, LLC, and VOICESTREAM WIRELESS CORPORATION,<br><br>Defendants. | No. 02-CV-4411<br><br>Honorable James B. Moran<br>Mag.-Judge Arlander Keyes |

FILED
SEP 10 2002
JUDGE AMY ST. EVE
United States District Court

St. Eve

DOCKETED
SEP 11 2002

## AGREED ORDER OF DISMISSAL

Plaintiff Philip S. Jackson and defendant Conair Corporation have settled this action. Accordingly, based upon the agreement of Philip Jackson and Conair Corporation to entry of this Order, it is hereby

ORDERED that all claims of Mr. Jackson against defendant Conair Corporation and all counterclaims of Conair Corporation against Mr. Jackson are dismissed with prejudice. All of Mr. Jackson's rights as to the remaining defendants are expressly reserved. Each party shall bear its own attorneys fees and costs.

Signed this 10th day of September 2002.

_____
United States District Court

APPROVED TO AND ACCEPTED BY:

_____
Daniel J. O'Connor
Baker & McKenzie
One Prudential Plaza
130 East Randolph Drive
Chicago, IL 60601
(312) 861-8000

_____
William W. Flachsbart
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602-4515
(312) 236-0733

41