Minute Order Form (06/97)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 4411 | **DATE** | 10/10/2002 |
| **CASE TITLE** | Jackson vs. AT&T Wireless | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Agreed Order of Dismissal between plaintiff Philip S. Jackson and defendant T-Mobile USA, Inc. f/k/a Voicestream Wireless Corp. On the representation by T-Mobile USA, Inc., that all of the voice messaging services that T-Mobile has offered its customers since the filing of the lawsuit have been provided using equipment manufactured by Glenayre Electronics, Inc., Plaintiff Philip S. Jackson and Defendant T-Mobile having agreed to the dismissal without prejudice of Philip S. Jackson's claims against T-Mobile, and the Court having considered the pleadings and other filings of record and finding good cause therefor, Plaintiff's complaint against Defendant T-Mobile USA, Inc. is dismissed without prejudice and each party shall bear its own expenses, costs and attorneys' fees.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | 7 number of notices | Document Number |
|---|---|---|---|---|
| | No notices required. | | | |
| ✓ | Notices mailed by judge's staff. | | OCT 10 2002 date docketed | 59 |
| | Notified counsel by telephone. | | | |
| | Docketing to mail notices. | | docketing deputy initials | |
| | Mail AO 450 form. | | | |
| | Copy to judge/magistrate judge. | | 10/10/2002 date mailed notice | |
| TH ✓ | courtroom deputy's initials | Date/time received in central Clerk's Office | TH6 mailing deputy initials | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOCKETED
OCT 1 0 2002

| | |
|---|---|
| PHILIP S. JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 02 C 4411 |
| v. ) | |
| ) | Judge Amy St. Eve |
| AT&T WIRELESS SERVICES, INC, ) | |
| SPRINT CORPORATION, ) | Magistrate Judge Arlander Keys |
| TDS TELECOM SERVICE CORPORATION, ) | |
| UNITED STATES CELLULAR CORPORATION, ) | |
| CELLCO PARTNERSHIP and ) | |
| VOICESTREAM WIRELESS CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**AGREED ORDER OF DISMISSAL BETWEEN PLAINTIFF PHILIP S. JACKSON AND DEFENDANT T-MOBILE USA, INC., F/K/A VOICESTREAM WIRELESS CORP.**

On the basis of the representation by T-Mobile USA, Inc., formerly known as VoiceStream Wireless Corporation ("T-Mobile"), that all of the voice messaging services that T-Mobile has offered its customers since the filing of this lawsuit have been provided using equipment manufactured by Glenayre Electronics, Inc., Plaintiff Philip S. Jackson and Defendant T-Mobile having agreed to the dismissal without prejudice of Philip S. Jackson's claims against T-Mobile, and the Court having considered the pleadings and other filings of record and finding good cause therefor,

IT IS HEREBY ORDERED THAT:

1. Plaintiff Philip S. Jackson's complaint against Defendant T-Mobile USA, Inc., formerly known as VoiceStream Wireless Corporation, is dismissed without prejudice; and

2. Each side shall bear its own expenses, costs and attorneys' fees.



Dated: October _10_, 2002

_____
Judge Amy St. Eve

AGREED TO BY:

_____
Raymond P. Niro
Dean D. Niro
Robert P. Greenspoon
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
(312) 236-0733

Attorneys for plaintiff,
PHILIP S. JACKSON

_____
David T. Pritikin
Thomas D. Rein
Douglas I. Lewis
Steven Yovits
SIDLEY AUSTIN BROWN & WOOD
10 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

Attorneys for defendant,
T-MOBILE USA, INC. f/k/a
VOICESTREAM WIRELESS CORP.

2

## DECLARATION OF DAVE MAYO

I, Dave Mayo, declare as follows:

1. I am employed by T-Mobile USA, Inc., formerly known as VoiceStream Wireless Corporation ("T-Mobile USA"), and hold the position of Vice President of Engineering. I am authorized to and do make this declaration on behalf of T-Mobile USA in consideration of the agreement of Philip S. Jackson, plaintiff in the lawsuit styled Jackson v. AT&T Wireless Services, Inc. et al, Case No. 02 C 4411, United States District Court for the Northern District of Illinois (Eastern Division), to dismiss his complaint without prejudice against T-Mobile USA and its subsidiaries. Except as otherwise noted, I have personal knowledge of the facts set forth herein and if called as a witness, could and would competently testify thereto.

2. Since no later than May 20, 2002, the manufacturer of all equipment incorporated into the voicemail services platforms (exclusive of cabling and other peripheral equipment) used by T-Mobile USA and/or its subsidiaries for the purpose of providing voicemail services to its customers, has been Glenayre Electronics, Inc. and/or its subsidiaries and/or affiliates.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of October, 2002 at Bellevue, Washington.

Dave Mayo
Vice President of Engineering

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that the foregoing AGREED ORDER OF DISMISSAL BETWEEN PLAINTIFF PHILIP S. JACKSON AND DEFENDANT T-MOBILE, USA, INC., FORMERLY KNOWN AS VOICESTREAM WIRELESS CORPORATION, was served on the following persons via first class mail on October 7, 2002:

Raymond P. Niro
Dean D. Niro
Robert P. Greenspoon
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602-4515
(312) 236-0733
Attorneys for Philip S. Jackson

Kimball R. Anderson
Michael L. Brody
WINSTON & STRAWN
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
Attorneys for Verizon Wireless Services, LLC

Philip P. Mann
Gregory F. Wesner
Thomas M. Donahue, Jr.
CHRISTENSEN O'CONNOR JOHNSON KINDNESS PLLC
1420 Fifth Avenue, Sutie 2800
Seattle, Washington 98101
(206) 682-8100

Arthur Gollwitzer
G. Courtney Holohan
KIRKLAND & ELLIS
200 East Randolph Drive, Suite 5800
Chicago, Illinois 60601
(312) 861-2200
Attorneys for AT&T Wireless Services, Inc.

Andrew Staes
COLE & STAES
321 South Plymouth Court
Chicago, Illinois 60604
(312) 697-0200
Attorneys for Intervenor Glenayre Electronics, Inc.

_____