# United States District Court, Northern District of Illinois

JS-6

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 4411 | **DATE** | 3/11/2003 |
| **CASE TITLE** | Jackson vs. AT & T Wireless, et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Stipulated Order of Dismissal without prejudice per hearing held on 3/10/03. This case is hereby dismissed, without prejudice. All parties to bear their own costs and fees. Plaintiff is granted leave to reinstate the case on either of the following grounds: (1) Defendant's failure to submit suitable affidavits by 5/12/03 attesting that all voice mail equipment is supplied by licensed entities or by Glenayre; or (2) on good cause at any time with respect to use of Glenayre equipment (e.g., dissolution of the injunction pertaining to Glenayre equipment). With respect to (1) dismissal will become with prejudice to the extent an affidavit attesting that voice mail equipment is supplied by licensed entities is received and sixty days lapses without a motion to reinstate. Any pending dates are stricken. Any pending motions are denied as moot.

(11) ■ [For further detail see order attached to the original minute order.]

*Amy J St.E*

| | No notices required, advised in open court. | | | |
|---|---|---|---|---|
| | No notices required. | | number of notices | **Document Number** |
| | Notices mailed by judge's staff. | | MAR 1 2 2003 | |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | AK | 79 |
| | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| TH ✓ | courtroom deputy's initials | 03 MAR 11 PM 5:06 | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PHILIP S. JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 02 C 4411 |
| | ) | |
| AT&T WIRELESS SERVICES, INC., | ) | Honorable Amy J. St. Eve |
| SPRINT CORPORATION, | ) | Mag.-Judge Arlander Keys |
| TDS TELECOM SERVICE CORPORATION, | ) | |
| and CELLCO PARTNERSHIP d/b/a | ) | |
| VERIZON WIRELESS SERVICES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE

For the reasons discussed in open court, this case is dismissed without prejudice, all parties bearing their own costs and fees.

Mr. Jackson is granted leave to reinstate on either of the following grounds:

(1) A defendant's failure to submit suitable affidavits within sixty (60) days attesting that all voicemail equipment is supplied by licensed entities or by Glenayre; or

(2) On good cause at any time with respect to use of Glenayre equipment (e.g., dissolution of the injunction pertaining to Glenayre equipment).

With respect to (1), dismissal will become with prejudice to the extent an affidavit attesting that voicemail equipment is supplied by licensed entities is received and sixty days lapses without a motion to reinstate.

Entered 3-11-03

Honorable Amy St. Eve

79